UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

ALF RENTAL COMPANY, INC.,        Docket # 07 CV 3148 (KMK)

          Plaintiff,        DISCLOSURE STATEMENT
                                                                                    PURSUANT TO FEDERAL RULE 7.1

          -against-

BUILDERS RESOURCE, INC.;
D'ONOFRIO GENERAL CONTRACTORS CORP.;
CONSOLIDATED EDISON OF NEW YORK, INC.;
TERRA DINAMICA, LLC;
CORESLAB STRUCTURES;
and NICOLSON CONSTRUCTION CO.,

              Defendants.
-------------------------------------------------X

          Pursuant to Federal Rules of Civil Procedure 7.1, there are no parent corporations for the defendant or any publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
         April 19, 2007

                                      Yours, etc.

                                      LAMBERT & WEISS
                                      *Attorneys for Defendant*

          By    */s/ Stephen H. Marcus*
                                      Stephen H. Marcus (SHM #2370)
                                      LAMBERT & WEISS
                                      61 Broadway, Suite 2020
                                      New York, New York 10006-2700
                                      Tel: (212) 344-3100
                                      Fax: (212) 422-4047

To:    Richard L. Herzfeld
        Attorney of Plaintiff
        Bahn, Herzfeld & Multer, LLP
        555 Fifth Avenue
        New York, NY 10017

D'Onofrio General Contractors Corp.
202 28th Street
Brooklyn, New York 11232

Consolidated Edison Company
4 Irving Place
New York, New York 10003

Terra Dinamica, LLC
5 Meadow Brook Road
Granby, Connecticut 06035

Coreslab Structures, Inc.
1023 Waterbury Road
Thomaston, Connecticut 06787

Nicholson Construction Co.,
12 McClane Street
Cuddy, Pennsylvania 15031

## CERTIFICATION

This is to certify that on April 19, 2007, an original of the foregoing Disclosure Statement Pursuant to Federal Rule 7.1 was hand delivered to Clerk, U.S. District Court; and a copy was mailed via first class, postage prepaid mail to:

Richard L. Herzfeld
Attorney of Plaintiff
Bahn, Herzfeld & Multer, LLP
555 Fifth Avenue
New York, NY 10017

D'Onofrio General Contractors Corp.
202 28th Street
Brooklyn, New York 11232

Consolidated Edison Company
4 Irving Place
New York, New York 10003

Terra Dinamica, LLC
5 Meadow Brook Road
Granby, Connecticut 06035

Coreslab Structures, Inc.
1023 Waterbury Road
Thomaston, Connecticut 06787

Nicholson Construction Co.,
12 McClane Street
Cuddy, Pennsylvania 15031

Stephen H. Marcus (SHM #2370)
LAMBERT & WEISS
61 Broadway, Suite 2020
New York, New York 10006-2700
Tel: (212) 344-3100
Fax: (212) 422-4047