UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

ALF RENTAL COMPANY, INC.,   Docket # 07 CV 3148 (KMK)

        Plaintiff,   DISCLOSURE STATEMENT
                              PURSUANT TO FEDERAL RULE 7.1

    -against-

BUILDERS RESOURCE, INC.;
D'ONOFRIO GENERAL CONTRACTORS CORP.;
CONSOLIDATED EDISON OF NEW YORK, INC.;
TERRA DINAMICA, LLC;
CORESLAB STRUCTURES;
and NICOLSON CONSTRUCTION CO.,

        Defendants.
-------------------------------------------------X

    Pursuant to Federal Rules of Civil Procedure 7.1, there are no parent corporations for the defendant or any publicly held corporations that own 10% or more of its stock.

Dated: New York, New York
       April 19, 2007

                        Yours, etc.

                        LAMBERT & WEISS
                        *Attorneys for Defendant*

By _____
                        Stephen H. Marcus (SHM #2370)
                        LAMBERT & WEISS
                        61 Broadway, Suite 2020
                        New York, New York 10006-2700
                        Tel: (212) 344-3100
                        Fax: (212) 422-4047

To:    Richard L. Herzfeld
       Attorney of Plaintiff
       Bahn, Herzfeld & Multer, LLP
       555 Fifth Avenue
       New York, NY 10017

D'Onofrio General Contractors Corp.
202 28th Street
Brooklyn, New York 11232

Consolidated Edison Company
4 Irving Place
New York, New York 10003

Terra Dinamica, LLC
5 Meadow Brook Road
Granby, Connecticut 06035

Coreslab Structures, Inc.
1023 Waterbury Road
Thomaston, Connecticut 06787

Nicholson Construction Co.,
12 McClane Street
Cuddy, Pennsylvania 15031

CERTIFICATION

This is to certify that on April 19 2007, an original of the foregoing Disclosure Statement Pursuant to Federal Rule 7.1 was hand delivered to Clerk, U.S. District Court; and a copy was mailed via first class, postage prepaid mail to:

Richard L. Herzfeld
Attorney of Plaintiff
Bahn, Herzfeld & Multer, LLP
555 Fifth Avenue
New York, NY 10017

D'Onofrio General Contractors Corp.
202 28th Street
Brooklyn, New York 11232

Consolidated Edison Company
4 Irving Place
New York, New York 10003

Terra Dinamica, LLC
5 Meadow Brook Road
Granby, Connecticut 06035

Coreslab Structures, Inc.
1023 Waterbury Road
Thomaston, Connecticut 06787

Nicholson Construction Co.,
12 McClane Street
Cuddy, Pennsylvania 15031

Stephen H. Marcus (SHM #2370)
LAMBERT & WEISS
61 Broadway, Suite 2020
New York, New York 10006-2700
Tel: (212) 344-3100
Fax: (212) 422-4047