## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

  **STEPHANIE PAONESSA**, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in STATEN ISLAND, NEW YORK.

On the 19th day of April, 2007, I served a copy of the within:

### NOTICE OF NOTICE OF REMOVAL

upon the following party(ies):

BAHN, HERZFELD & MUTLER, LLP
*Attorneys for Plaintiff*
555 Fifth Avenue
New York, New York 10017
Attn: Richard L. Herzfeld

D'ONOFRIO GENERAL
CONTRACTORS CORP.
202 28th Street
Brooklyn, New York 11232

CONSOLIDATED EDISON COMPANY
4 Irving Place
New York, New York 10003

TERRA DINAMICA, LLC
5 Meadow Brook Road
Granby, Connecticut 06035

CORESLAB STRUCTURES, INC.
1023 Waterbury Road
Thomaston, Connecticut 06787

NICHOLSON CONSTRUCTION CO.
12 McClane Street
Cuddy, Pennsylvania 15031

By causing to be delivered a copy of the same by first class mail in a postage paid properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                     _____
                     STEPHANIE PAONESSA

Sworn to before me this
19th day of April, 2007

_____
NOTARY PUBLIC

JOHNNY L. HAGY
Notary Public, State of New York
No. 31-4951587
Qualified in New York County
Commission Expires May 22, 2007