```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ALF RENTAL COMPANY, INC.
                                        RULE 7.1 STATEMENT
              Plaintiff,

         -against-                      07 CV 3148 (KMK)

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP., CONSOLIDATED
EDISON OF NEW YORK, INC., TERRA
DINAMICA, LLC, CORESLAB  STRUCTURES
and NICOLSON CONSTRUCTION CO.,

                        Defendants

------------------------------------x
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, ALF RENTAL COMPANY, INC., hereby certifies that it has no parent corporations and no publicly held corporation which owns more than 10% of its stock.

Dated:  New York, New York
        May 11, 2007

                                    BAHN HERZFELD & MULTER, LLP
                                    Attorneys for Defendant Frankel

                                    By:  Richard L. Herzfeld (0642)
                                         555 Fifth Avenue
                                         NY NY 10175
                                         212-818-9019

To:  Lambert & Weiss
     61 Broadway
     New York, NY 10006
     Attorneys for Defendant Builders Resource, Inc.

Leonard J. Catanzaro, Esq.
434 Broadway
New York, NY 10013
Attorneys for Defendant Terra Dinamica

Richard J. Giglio
4 Irving Place
New York, NY 10003
Attorneys for Defendant Consolidated Edison

Lindabury, McCormick, Estabrook & Cooper, PC
26 Broadway
New York, NY 10004
Attorneys for Defendant Coreslab Structure

Porzio Bromberg & Newman PC
100 Southgate Parkway
Morristown, NJ 07962
Attorneys for Defendant Nicholson Construction

Treacy Schaffel Moore & Mueller
111 Broadway
New York, NY 10006
Attorneys for Defendant D'Onofrio General Contractors

Bay Crane Services, Inc.
11-02 43rd Avenue
Long Island City, New York 11101
Third Party Defendant