UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



ALF Rental Company, Inc.,

                **Plaintiff.**

-v-

Builders Resource, Inc. et al,

                **Defendants**

Case No. 07-cv-03148(KMK)

ORDER

<u>KENNETH M. KARAS, District Judge:</u>

      The motion to remand this case to the State Court is hereby denied without prejudice for failure to comply with this Court's individual motion practice rules.

The Clerk of the Court is directed to terminate the motion docketed as document #9.

SO ORDERED.

Dated:    May 14, 2007
            New York, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE