UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

                  Plaintiff,

-against-

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL
CONTRACTORS CORP., CONSOLIDATED EDISON
OF NEW YORK, INC., TERRA DINAMICA, LLC,
CORESLAB STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

                  Defendants.
-----------------------------------------------------------------X
BUILDERS RESOURCE, INC.,

                  Third-Party Plaintiff,

-against-

BAY CRANE SERVICE INC.,

                  Third-Party Defendant.
-----------------------------------------------------------------X

Docket No.: 07 CV 3148 (KMK)

**AFFIDAVIT OF SERVICE**

**To the Clerk of the Court:**

Annexed hereto is the original copy of the affidavit of service of the third-party summons and complaint upon the third-party defendant.

Dated: New York, New York
       May 18, 2007

                              Yours, etc.

                              LAMBERT & WEISS
                              *Attorneys for Defendant and*
                              *Third-Party Plaintiff Builders Resource, Inc.*

               By: _____
                     STEPHEN H. MARCUS (SHM 2370)
                     61 Broadway, Suite 2020
                     New York, New York 10006
                     (212) 344-3100

H:\SHM\5790-Private-Builders\Legal\ALF Aff of Service.doc

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK  Attorney: LAMBERT & WEISS - 152

---

ALF RENTAL COMPANY INC.

Plaintiff(s)

- against -

BUILDERS RESOURCE INC.

Defendant(s)

Index #: 07 CV 3148

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 5790

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 14, 2007 at 02:05 PM at

11-02 43RD AVENUE
LONG ISLAND CITY, NY 11101

deponent served the within true copy of the 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT on BAY CRANE SERVICES INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MS. ELLIE NOVIELLO personally, deponent knew said corporation so served to be the corporation described in said 3RD PARTY SUMMONS & 3RD PARTY COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 46 | 5'6 | 150 |

Sworn to me on: May 15, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**LINDEN BLACKMAN**
License #: 871311
Docket #: 478194