AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

ALF RENTAL COMPANY, INC.
v.
BUILDERS RESOURCE, INC., et al.,

**APPEARANCE**

Case Number: 07 CV 3148 (KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Consolidated Edison Company of New York, Inc.

I certify that I am admitted to practice in this court.

May 24, 2007
Date

Signature

Scott A. Levinson  SL7015
Print Name  Bar Number

4 Irving Place - Room 1810-S
Address

New York, NY 10003
City   State   Zip Code

(212) 460-4089   (212) 677-5850
Phone Number   Fax Number