UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALF RENTAL COMPANY, INC.

              Plaintiff,

- against -

BUILDERS RESOURCE, INC.; D'ONOFRIO
GENERAL CONTRACTORS CORP.;
CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.; TERRA DINAMICA, LLC;
CORESLAB STRUCTURES; and NICOLSON
CONSTRUCTION CO.,

              Defendants.

07 CV 3148 (KMK)

### Declaration of Service

    AUDREY LILLOO-FRASER, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

    On May 24, 2007, I served the annexed document by First Class mail, by depositing a true copy thereof in a properly addressed, postage paid envelope, in an official depository of the U.S. Postal Service, addressed to the following person(s):

              Stephen H. Marcus, Esq.
              LAMBERT & WEISS, ESQS.
              Attorneys for Defendant Builders Resource, Inc.
              61 Broadway – Suite 2020
              New York, NY 11042
              (212) 344-3100

              Richard L. Herzfeld, Esq.
              BAHN, HERZFELD & MUTLER, LLP
              Attorneys for Plaintiff
              555 Fifth Avenue
              New York, NY 10017
              (212) 818-9019

              D'Onofrio General Contractor Corp.
              202 28th Street
              Brooklyn, NY 11232

       Leonard J. Catanzaro
       Attorney for Defendant
        Terra Dinamica, LLC
       434 Broadway, Suite 900
       New York, New York 10013

       Coreslab Structures, Inc.
       1023 Waterbury Road
       Thomaston, Connecticut 06787

       Nicholson Construction Co.,
       12 McClane Street
       Cuddy, Pennsylvania 15031

1.    Defendant's Con Edison Answer, and
2.    Notice of Appearance.

Dated: May 24, 2007

                                                    AUDREY LILLOO-FRASER

TO:

Stephen H. Marcus, Esq.
LAMBERT & WEISS, ESQS.
Attorneys for Defendant Builders Resource, Inc.
61 Broadway – Suite 2020
New York, NY 11042
(212) 344-3100

Richard L. Herzfeld, Esq.
BAHN, HERZFELD & MUTLER, LLP
Attorneys for Plaintiff
555 Fifth Avenue
New York, NY 10017
(212) 818-9019

D'Onofrio General Contractor Corp.
202 28th Street
Brooklyn, NY 11232

Leonard J. Catanzaro
Attorney for Defendant
 Terra Dinamica, LLC
434 Broadway, Suite 900
New York, New York 10013

Coreslab Structures, Inc.
1023 Waterbury Road
Thomaston, Connecticut 06787

Nicholson Construction Co.,
12 McClane Street
Cuddy, Pennsylvania 15031