UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALF RENTAL COMPANY, INC.,<br><br>                                    Plaintiff,<br><br>                - against -<br><br>BUILDERS RESOURCE, INC., D'ONOFRIO<br>GENERAL CONTRACTORS CORP.,<br>CONSOLIDATED EDISON OF NEW YORK, INC.,<br>TERRA DINAMICA, LLC, CORESLAB<br>STRUCTURES, and NICOLSON CONSTRUCTION<br>CO.,<br><br>                                    Defendants. | Docket No. 07 CV 3148 (KMK)<br><br><br><br>**RULE 7.1 STATEMENT** |

          Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Coreslab Structures (Conn), Inc., certifies:

          1.  Coreslab Structures (Conn), Inc., is not a publicly held corporation or other publicly held entity.

          2.  Coreslab Structures (Conn), Inc., does have parent corporations.  Coreslab Structures (Conn), Inc., is a wholly owned subsidiary of Coreslab Holdings U.S., Inc., a Nevada Corporation.  Coreslab Holdings U.S., Inc., is a subsidiary of Coreslab International, Inc.

          3.  Ten percent or more of the stock of Coreslab Structures (Conn), Inc., is not owned by a publicly held corporation or other publicly held entity.

Dated:  New York, New York
          June 28, 2007

                              LINDABURY,  MCCORMICK, ESTABROOK & COOPER, P.C.

                              By:_____
                                        Scott M. Yaffe (4344)

                              *Attorneys for the Coreslab Structures (Conn), Inc.*
                              26 Broadway, Suite 2300
                              New York, New York 10004
                              (212) 742-3390