UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

                Plaintiff,

-against-

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL CONTRACTORS CORP., CONSOLIDATED EDISON OF NEW YORK, INC., TERRA DINAMICA, LLC, CORESLAB STRUCTURES, and NICOLSON CONSTRUCTION CO.,

                Defendants.
------------------------------------------------------------------X
BUILDERS RESOURCE, INC.,

                Third-Party Plaintiff,

-against-

BAY CRANE SERVICE INC.,

                Third-Party Defendant.
------------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

**ANSWER TO CROSS-CLAIM**

      DEFENDANT BUILDERS RESOURCE, INC. as and for its answer to the cross-claim of defendant Terra Dinamica, LLC, by its attorneys Lambert & Weiss, respectfully alleges:

      1.    Denies the allegations contained in paragraph "5" of Terra Dinamica's cross-claim insofar as it alleges, or purports to allege, any responsibility or liability on the part of this defendant, and this defendant denies having knowledge or information sufficient to form a belief as to the truth thereof of those allegations insofar as they do, or purport to apply to others.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

      2.    The Court is without personal jurisdiction over the person of defendant Builders Resource, Inc. with respect to the cross-claim.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

3. The cross-claim fails to state a claim for which relief may be granted as against this defendant.

**WHEREFORE**, defendant Builders Resources, Inc. demands judgment dismissing defendant Terra Dinamica's cross-claim against defendant Builders Resources, Inc. with costs, fees and disbursements.

Dated: New York, New York
July 5, 2007

Yours, etc.

LAMBERT & WEISS
*Attorneys for Defendant*

By: _____
STEPHEN H. MARCUS (SHM 2370)
61 Broadway, Suite 2020
New York, New York 10006
(212) 344-3100

To: BAHN, HERZFELD & MUTLER, LLP
*Attorneys for Plaintiff
Alf Rental Company, Inc.*
555 Fifth Avenue
New York, New York 10017
Attn: Richard L. Herzfeld

TREACY SCHAFFEL MOORE & MUELLER
*Attorneys for Defendant
D'Onofrio General Contractors Corp.*
111 Broadway, Suite 402
New York, New York 10006
Attn: Thomas W. Moore, III

RICHARD J. GIGLIO, ESQ.
*Attorney for Defendant
Consolidated Edison Company*
4 Irving Place
New York, New York 10003

LEONARD J. CATANZARO, ESQ.
*Attorney for Defendnat*
*Terra Dinamica*
434 Broadway
New York, New York 10013

LINDABURY, MCCORMICK, ESTABROOK & COOPER, P.C.
*Attorneys for Defendant*
*Coreslab Structures*
26 Broadway
New York, New York 10004

BIRNBAUM & BIRNBAUM
*Attorney for Third-Party Defendant*
2 Birchwood Court
Mineola, NY 11501