ELECTRONICALLY FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,                :    07-CV-03148 (LAK)

                       Plaintiff,     :

BUILDERS RESOURCE, INC., D'ONOFRIO      :    **NOTICE OF APPEARANCE**
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,        :
INC., TERRA DINAMICA LLC,
CORESLAB STRUCTURES and NICOLSON        :
CONSTRUCTION CO.,
                   Defendants.       :
------------------------------------------------------------X
BUILDERS RESOURCE, INC.,                :

            Third-Party Plaintiff,   :

       -against-                       :

BAY CRANE SERVICE, INC.,                :

          Third-Party Defendant.   :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Treacy, Schaffel, Moore & Mueller, hereby appear in the above-captioned action as counsel and attorneys for Defendant, D'Onofrio General Contractors Corp.

Demand is hereby made that this office be included and copied on all notices, exchanges, disclosures, pleadings, etc., and all correspondence relating to this action.

Dated: New York, New York
July 5, 2007

                    **TREACY, SCHAFFEL, MOORE & MUELLER**

By: _/s/ Gary J. Mueller_
Gary J. Mueller, Esq. (GM1858)
Attorneys for D'Onofrio General Contractors Corp.
111 Broadway, Suite 402
New York, New York 10006
(212) 227-8150

To:    Richard Lewis Herzfeld, Esq. (via ECF)
Bahn, Herzfeld & Multer, LLP
Attorneys for Plaintiff

Stephen H. Marcus, Esq. (via ECF)
Lambert & Weiss
Attorneys for Builders Resource, Inc.

Scott A. Levinson, Esq. (via ECF)
Attorney for Consolidated Edison
Company of New York, Inc.

Scott Mark Yaffe, Esq. (via ECF)
Lindabury, McCormick, Estabrook & Cooper, P.C.
Attorneys for Coreslab Structures