UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,                     : Docket No. 07 CV 3148(LAK)

                Plaintiff,                         :

                                                  **RULE 7.1 STATEMENT**

   -against-                                :

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL:
CONTRACTORS CORP.,CONSOLIDATED EDISON
OF NEW YORK, INC., TERRA DINAMICA, LLC,      :
CORESLAB STRUCTURES, and NICOLSON
CONSTRUCTION CO.,                            :

                Defendants.                       :
------------------------------------------------------------------------X
BUILDERS RESOURCE, INC.,                      :

                Third- Party Plaintiff,           :

   -against-                                :

BAY CRANE SERVICE, INC.,                      :

                Third-Party Defendant.            :
------------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for D'Onofrio General Contractors Corp., certifies as follows:

      1.  D'Onofrio General Contractors Corp. is not a publicly held corporation or other publicly held entity.

2. D'Onofrio General Contractors Corp. does have a subsidiary. Diego Construction, Inc. is a wholly owned subsidiary of D'Onofrio General Contractors Corp.

3. Ten percent (10%) or more of the stock of D'Onofrio General Contractors Corp. is not owned by a publicly held corporation or other publicly held entity.

Dated: New York, New York
 July 6, 2007

>TREACY, SCHAFFEL, MOORE & MUELLER
>
>By: *(signature)*
> Gary J. Mueller (GM1858)
> Attorneys for D'Onofrio General Contractors Corp.
> Office and P. O. Address
> 111 Broadway, Suite 402
> New York, New York 10006
> (212) 227-8150