UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

                Plaintiff,

-against-

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL CONTRACTORS CORP., CONSOLIDATED EDISON OF NEW YORK, INC., TERRA DINAMICA, LLC, CORESLAB STRUCTURES, and NICOLSON CONSTRUCTION CO.,

                Defendants.
------------------------------------------------------------------X
BUILDERS RESOURCE, INC.,

                Third-Party Plaintiff,

-against-

BAY CRANE SERVICE INC.,

                Third-Party Defendant.
------------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

**ANSWER TO CROSS-CLAIM**

      DEFENDANT BUILDERS RESOURCE, INC. ("BRI") as and for its answer to the second cross-claim of co-defendant Coreslab Structures (Conn.) Inc. ("CSCI"), by its attorneys Lambert & Weiss, respectfully alleges upon information and belief as follows:

      1.    Denies having knowledge of information sufficient to form a belief as to the truth thereof of the allegations contained in paragraph "25" of CSCI's answer and cross-claims.

      2.    Denies having knowledge of information sufficient to form a belief as to the truth thereof of the allegations contained in paragraph "26" of CSCI's answer and cross-claims.

      3.    Denies having knowledge of information sufficient to form a belief as to the truth thereof of the allegations contained in paragraph "27" of CSCI's answer and cross-claims.

      4.    Denies having knowledge of information sufficient to form a belief as to the truth thereof of the allegations contained in paragraph "28" of CSCI's answer and cross-claims.

5. Denies having knowledge of information sufficient to form a belief as to the truth thereof of the allegations contained in paragraph "29" of CSCI's answer and cross-claims.

6. Denies having knowledge of information sufficient to form a belief as to the truth thereof of the allegations contained in paragraph "30" of CSCI's answer and cross-claims.

7. Denies having knowledge of information sufficient to form a belief as to the truth thereof of the allegations contained in paragraph "31" of CSCI's answer and cross-claims.

8. BRI has moved to dismiss CSCI's first, third, fourth and fifth cross-claims against BRI, and Allard has moved to dismiss the third-party complaint against him; the time to interpose an answer to those cross-claims and third-party complaint, if such is required, is extended by FRCP Rule 12(a).

## AFFIRMATIVE DEFENSE

9. The second cross-claim fails to state a claim for which relief may be granted as against BRI.

**WHEREFORE**, it is respectfully requested that the second cross-claim asserted by CSCI be dismissed as against BRI, with costs, fees and disbursements.

Dated: New York, New York
       July 17, 2007

Yours, etc.

LAMBERT & WEISS
*Attorneys for Defendant and*
*Third-Party Plaintiff Builders Resource, Inc.,*
*and Third-Party Defendant Steven Allard*

By: _____
STEPHEN H. MARCUS (SHM 2370)
61 Broadway, Suite 2020
New York, New York 10006
(212) 344-3100

- 2 -

To:    BAHN, HERZFELD & MUTLER, LLP
*Attorneys for Plaintiff*
*Alf Rental Company, Inc.*
555 Fifth Avenue
New York, New York 10017
Attn: Richard L. Herzfeld

TREACY SCHAFFEL MOORE & MUELLER
*Attorneys for Defendant*
*D'Onofrio General Contractors Corp.*
111 Broadway, Suite 402
New York, New York 10006
Attn: Thomas W. Moore, III

RICHARD J. GIGLIO, ESQ.
*Attorney for Defendant*
*Consolidated Edison Company*
4 Irving Place
New York, New York 10003

LEONARD J. CATANZARO, ESQ.
*Attorney for Defendnat*
*Terra Dinamica*
434 Broadway
New York, New York 10013

LINDABURY, MCCORMICK, ESTABROOK & COOPER, P.C.
*Attorneys for Defendant*
*Coreslab Structures*
26 Broadway
New York, New York 10004

BIRNBAUM & BIRNBAUM
*Attorney for Third-Party Defendant*
2 Birchwood Court
Mineola, NY 11501