UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

                    Plaintiff,

       -against-

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL
CONTRACTORS CORP., CONSOLIDATED EDISON
OF NEW YORK, INC., TERRA DINAMICA, LLC,
CORESLAB STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

                    Defendants.
-----------------------------------------------------------------------X
BUILDERS RESOURCE, INC.,

                    Third-Party Plaintiff,

       -against-

BAY CRANE SERVICE INC.,

                    Third-Party Defendant.
-----------------------------------------------------------------------X

Docket No.:  07 CV 3148 (LAK)

**NOTICE OF MOTION TO
DISMISS CROSS-CLAIMS AND
<u>THIRD-PARTY COMPLAINT</u>**

**S I R S:**

    **PLEASE TAKE NOTICE** that upon the declaration of Stephen H. Marcus, Esq. dated

July 17, 2007 and the affidavit of Steven Allard, sworn to the 16th day of July, 2007, and the

exhibits annexed thereto, the defendant and third-party plaintiff Builders Resource, Inc. ("BRI")

and the third-party defendant Steven Allard will move this Court, at 500 Pearl Street, New York,

New York, at a date to be determined by the Court, for an order, pursuant to FRCP Rule 12(b),

dismissing the first cross-claim, insofar as it applies to BRI, and the third, fourth, and fifth cross-

claims alleged against BRI by defendant Coreslab Structures (Conn.) Inc. ("CSCI"), and the

third-party complaint against Steven Allard alleged by CSCI, together with such other and

further relief as to this Court seems proper.


Dated: New York, New York
       July 17, 2007

                                              Yours, etc.

                                              LAMBERT & WEISS
                                              *Attorneys for Defendant and*
                                              *Third-Party Plaintiff Builders Resource, Inc.,*
                                              *and Third-Party Defendant Steven Allard*

                                  By:  _____
                                              STEPHEN H. MARCUS (SHM 2370)
                                              61 Broadway, Suite 2020
                                              New York, New York 10006
                                              (212) 344-3100

To:    BAHN HERZFELD & MULTER, LLP
       *Attorneys for Plaintiff ALF Rental Company*
       555 Fifth Avenue
       New York, New York 10175
       Attn: Richard L. Herzfeld
       (212) 818-9019

       LEONARD J. CATANZARO, ESQ.
       *Attorneys for Defendant Terra Dinamica*
       434 Broadway
       New York, New York 10013

       RICHARD J. GIGLIO
       *Attorneys for Defendant Consolidated Edison*
       4 Irving Place
       New York, New York 10003

       LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.
       *Attorneys for Defendant Coreslab Structures*
       26 Broadway
       New York, New York 10004

PORZIO BROMBERG & NEWMAN P.C.
*Attorneys for Defendant Nicholson Construction*
100 Southgate Parkway
Morristown, New Jersey 07962

TREACY SCHAFFEL MOORE & MUELLER
*Attorneys for Defendant D'Onofrio General Contractors*
111 Broadway
New York, New York 10006

BIRNBAUM & BIRNBAUM
*Attorneys for Third-Party Defendant Bay Crane Services, Inc.*
2 Birchwood Court
Mineola, New York 11501

H:\SHM\5790-Private-Builders\Legal\ALF\Not of Mot to Dismiss Cross-Claims.doc