KAPLAN S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALF RENTAL COMPANY, INC.,

                    Plaintiff,

  - against -

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK, INC.,
TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON CONSTRUCTION
CO.,

                    Defendants.

Docket No. 07 CV 3148 (LAK)

STIPULATION

*RECEIVED JUL 30 2007 JUDGE KAPLAN'S CHAMBERS*

---

WHEREAS defendant Builders Resource, Inc. ("BRI"), and third-party defendant Steven Allard have moved to dismiss defendant Coreslab Structures (CONN) Inc.'s ("CSCI's") cross-claims against BRI and the third-party complaint against Steven Allard;

IT IS HEREBY STIPULATED by and between the attorneys for CSCI, BRI and Allard that CSCI will file its opposing papers on or before August 28, 2007, and BRI and Allard will file is reply papers on or before September 18, 2007.

Dated: New York, New York
       July 27, 2007

Lindabury, McCormick, Estabrook &
Cooper, P.C.

By: _____
    Scott M. Yaffe (SMY 4344)

*Attorneys for CSCI*
26 Broadway, Suite 2300
New York, New York 10004
(212) 740-3390
smyaffe@comcast.net
syaffe@lindabury.com

Lambert & Weiss

By: _____
    Steven H. Marcus (SHM 2370)

*Attorneys for BRI and Allard*
61 Broadway
New York, New York 10006
(212) 344-3100
stephen_marcus@lambertweiss.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07

SO ORDERED:

_____
George B. Daniels
U.S.D.J.

AUG 1 2007

HON. GEORGE B. DANIELS