UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

       Plaintiff,

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

       Defendants.
------------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

       Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

       Third-Party Defendant.
------------------------------------------------------------X

Docket No.:  07 CV 3148 (LAK)

NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

To:    Richard L. Herzfeld, Esq.
        Bahn, Herzfeld & Multer, LLP
        555 Fifth Avenue
        New York, N.Y. 10017
        Attorneys for Plaintiff

      PLEASE TAKE NOTICE that, upon the annexed Affirmation of Scott M. Yaffe, Esq., and the annexed Affidavit of Edward J. Frisch, Esq., and the exhibits annexed thereto, defendant Coreslab Structure (Conn), Inc., by its attorneys Lindabury, McCormick, Estabrook & Cooper, P.C. will move this Court before the Honorable Lewis A. Kaplan, U.S.M.J., 500 Pearl Street, New York City, New York, on a date to be determined by the Court for an Order, pursuant to Rule 1.3 of the Local Rules of the

2141622v1

United States District Court for the Southern District of New York, admitting Edward J. Frisch, Esq., as an attorney *pro hac vice*.

Dated:

Respectfully submitted,

_____
Scott M. Yaffe (SY 4344)
Attorneys for Defendant
Lindabury, McCormick, Estabrook & Cooper, P.C.
26 Broadway, Suite 2300
New York, New York 10004

2141622v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

       Plaintiff,

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

       Defendants.
------------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

       Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

       Third-Party Defendant.
------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

AFFIRMATION IN SUPPORT
THE ADMISSION OF
EDWARD J. FRISCH, ESQ.
*PRO HAC VICE*

SCOTT M. YAFFE, an attorney duly admitted to practice law in the State of New York, affirms the following under the penalties of perjury as follows:

    1.    I am an attorney admitted in this court and am of counsel to the firm of Lindabury, McCormick, Estabrook & Cooper, P.C., attorneys for defendant Coreslab Structures (Conn), Inc., in the above captioned matter.

    2.    I submit this affirmation in support of Coreslab Structures (Conn), Inc.'s, motion pursuant to Rule 1.3 of the Local Rules of the United States District Court for the

Southern District of New York to admit Edward J. Frisch, Esq., *pro hac vice* in the above captioned matter.

3. Admission to practice *pro hac vice* is properly granted where the Court is satisfied that the attorney seeking admission has sufficient training and expertise to represent his client's interests and is admitted and practicing law in good standing in another state. <u>18 Int'l Ltd. v. Interstate Express, Inc.</u>, 116 Misc. 2d 66, 67-68, 455 N.Y.S.2d 224, 226 (Sup. Ct. N.Y.Co. 1982).

4. Edward J. Frisch, Esq., is a partner in the Westfield, New Jersey, office of Lindabury, McCormick, Estabrook & Cooper P.C. Mr. Frisch is a member in good standing of the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

5. Coreslab Structures (Conn), Inc., has requested that Mr. Frisch represent it in this matter. Mr. Frisch has expertise and experience in construction litigation and has been involved in this action since its inception and is fully familiar with the facts herein. He is familiar with the Rules of this Court.

6. There are no pending disciplinary proceedings against Mr. Frisch in any State or Federal Court.

7. I am also submitting the Affidavit of Edward J. Frisch, Esq., in connection with this application. Mr. Frisch is familiar with and shall comply with all applicable standards of professional conduct. In his affidavit, Mr. Frisch agrees to be subject to the jurisdiction of the courts of this state with respect to any acts occurring during the course of his representation in this matter.

8. Based on the foregoing, it is respectfully requested that Edward J. Frisch, Esq., be admitted to the bar of this Court *pro hac vice* in the above captioned matter.

Dated:   August 28, 2007
         New York, New York


_____
Scott M. Yaffe (SY 4344)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

        Plaintiff,

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

        Defendants.
------------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

        Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

        Third-Party Defendant.
------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT
*PRO HAC VICE*

STATE OF NEW JERSEY  )
                              ) ss.:
COUNTY OF UNION      )

        Edward J. Frisch, of full age, and having been duly sworn, upon this oath deposes and says:

        1.      I am a partner in the Westfield, New Jersey, office of the law firm of Lindabury, McCormick, Estabrook & Cooper, located at 53 Cardinal Drive, PO Box 2369, Westfield, NJ 07091-2369, (908) 233-6800.

2141622v1

2. I submit this Affidavit in support of Coreslab Structures (Conn), Inc.'s motion pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York for my admission to the bar of this Court *pro hac vice* in the above captioned matter.

3. I am a member in good standing with the Bar of the State of New Jersey and have been admitted to practice in the Supreme Court of New Jersey, the United State Court of Appeals for the 2nd and 3rd Circuit, the U.S. District Court of New Jersey and the United States Supreme Court. I am attaching copies of the various Certificates of Good Standing as Exhibit A.

4. I have never been disciplined or, to my knowledge, investigated on any claim before the bar of any court or by any disciplinary board, and I have never been the subject of any sanction by any State or Federal Court.

5. Coreslab Structures (Conn), Inc. has requested that I personally represent it in the present matter.

6. There is further good cause for my admission in that I have an undergraduate degree in mechanical engineering and thirty year's experience in construction litigation and, therefore, litigating matters of this nature and I have been involved in this case since its inception.

7. It is specifically admitted to the bar of this Court that I will be admitted solely for the purpose of participating in this particular action.

8. I am familiar with and will abide by all applicable standards of professional conduct.

2141622v1

9.      I also acknowledge that I will be subject to the jurisdiction of the Courts of New York with respect to any acts occurring during the course of my representation of Coreslab Structures (Conn), Inc. in this matter.

10.     Based upon the foregoing, it is respectfully requested that I be permitted to appear *pro hac vice* in this case.

_____
EDWARD J. FRISCH, Esq., (EF 8377)

Sworn to before me on this 28th day of August, 2007.

_____
Notary Public, State of New Jersey

LYNN NESENJUK
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DECEMBER 1, 2010

2141622v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

       Plaintiff,

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

       Defendants.
------------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

       Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

       Third-Party Defendant.
------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

ORDER FOR *PRO HAC VICE*
       ADMISSION

      AND NOW, on this _____ day of _____, 2007, the Court having considered the motion to admit Edward J. Frisch, Esq., *pro hac vice*;

      It is hereby ORDERED that the motion to admit Edward J. Frisch, Esq. *pro hac vice* in the above captioned matter is granted.  The admitted attorney, Edward J. Frisch, Esq., is permitted to argue or try this particular case in whole or in part as counsel.  The admitted attorney, upon compliance with the directive in this Order, may enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

2141622v1

The above-named attorney shall, within 10 business days of the date of this Order, pay the required attorney admission fee made payable to the "Clerk of the U.S. District Court," located at 500 Pearl Street, New York City, New York.

The Clerk is directed to enter the above attorney's appearance as counsel in the above captioned case. The above-named attorney shall serve a copy of this Order on counsel for all parties and file a certificate of such service within 10 business days of the date hereof.

_____
Hon. Lewis A. Kaplan, United States Magistrate Judge

2141622v1

EXHIBIT A

*Supreme Court of the United States*
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543



# EDWARD JOHN FRISCH
# OF WESTFIELD, NJ

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the seventh day of March, in the year one thousand nine hundred and eighty-three, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this seventeenth day of August 2007.

*William K. Suter*
*Clerk of the Supreme Court*
*of the United States*

By [signature]

Assistant Admissions Officer

Case 1:07-cv-03148-LAK   Document 40   Filed 08/28/2007   Page 13 of 16

# Certificate of Good Standing



United States of America

District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Edward J. Frisch*

was duly admitted to practice in said Court as of December 9, 1976, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: August 13, 2007

WILLIAM T. WALSH, CLERK

By_____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **EDWARD J FRISCH** (No. **022401976**) was constituted and appointed an Attorney at Law of New Jersey on **December 09, 1976** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **13TH** day of **August**, 20 **07**



Clerk of the Supreme Court

-453a-

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CERTIFICATE OF GOOD STANDING

I, **CATHERINE O'HAGAN WOLFE**, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that **EDWARD J. FRISCH** is admitted to practice in said Court on **April 24, 2007** and is in good standing.

Dated:  August 14, 2007             **CATHERINE O'HAGAN WOLFE**
        New York, New York           Clerk of Court

                                    By: _____
                                        Kevin Brofsky
                                        Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, Marcia M. Waldron, Clerk of the United States Court of Appeals for the Third Circuit, DO CERTIFY THAT **Edward J. Frisch** was admitted to practice before this Court as an attorney and counselor on **February 14, 1977** and that he or she has never been suspended or disbarred; and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

        IN TESTIMONY WHEREOF, I have hereunto
        Subscribed my name and affixed the seal
        Of the said Court, at Philadelphia, this
        21st day of August, 2007

        MARCIA M. WALDRON, Clerk
        United States Court of Appeals for the
        Third Circuit

By: *[signature]*
        Margaret A. Wiegand,
        Legal Coordinator