UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALF RENTAL COMPANY, INC.,

        Plaintiff,

-against-   07 Civ. 3148 (LAK)

BUILDERS RSOURCE, INC., et al.,

        Defendants.
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      There are a number of motions pending in this action. At least one of the docket entries does not fully describe the motion (#28). Some papers (e.g., any opposition to the motion by defendant Builders Resource Inc. and third party defendant Steven Allard) appear never to have been filed. Courtesy copies of motion papers have not uniformly been delivered to chambers (e.g., motion #28 and supporting papers).

      Accordingly, all pending motions are denied without prejudice to renewal, on or before October 5, 2007. by proper electronic filing of the papers with proper docket entries and prompt delivery of courtesy copies to chambers. Opposing and papers shall be filed properly and electronically promptly after the refiling of motions with courtesy copies to chambers. Any papers that are not properly filed or of which courtesy copies are not delivered will be disregarded.

      SO ORDERED.

Dated:    September 26, 2007

                                                    Lewis A. Kaplan
                                                 United States District Judge