UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

                Plaintiff,

   -against-

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL CONTRACTORS CORP., CONSOLIDATED EDISON OF NEW YORK, INC., TERRA DINAMICA, LLC, CORESLAB STRUCTURES, and NICOLSON CONSTRUCTION CO.,

                Defendants.
------------------------------------------------------------------X
BUILDERS RESOURCE, INC.,

                Third-Party Plaintiff,

   -against-

BAY CRANE SERVICE INC.,

                Third-Party Defendant.
------------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

**NOTICE OF MOTION
TO DISMISS THIRD-
PARTY COMPLAINT**

**S I R S:**

    **PLEASE TAKE NOTICE** that upon the declaration of Stephen H. Marcus, Esq. dated August 16, 2007, and the affidavit of Steven Allard, sworn to the 14th day of August, 2007, and the exhibits annexed thereto, the third-party defendant Steven Allard will move this Court, at 500 Pearl Street, New York, New York, at a date to be determined by the Court, for an order, pursuant to FRCP Rule 12(b), dismissing the third-party complaint against Steven Allard alleged

by defendant Coreslab Structures (Conn.), Inc., together with such other and further relief as to this Court seems proper.

Dated: New York, New York
      August 20, 2007

                                          Yours, etc.

                                          LAMBERT & WEISS
                                          *Attorneys for Defendant and*
                                          *Third-Party Plaintiff Builders Resource, Inc.,*
                                          *and Third-Party Defendant Steven Allard*

                              By: _____
                                  STEPHEN H. MARCUS (SHM 2370)
                                  61 Broadway, Suite 2020
                                  New York, New York 10006
                                  (212) 344-3100

To:    BAHN HERZFELD & MULTER, LLP
        *Attorneys for Plaintiff ALF Rental Company*
        555 Fifth Avenue
        New York, New York 10175
        Attn: Richard L. Herzfeld
        (212) 818-9019

        LEONARD J. CATANZARO, ESQ.
        *Attorneys for Defendant Terra Dinamica*
        434 Broadway
        New York, New York 10013

        RICHARD J. GIGLIO
        *Attorneys for Defendant Consolidated Edison*
        4 Irving Place
        New York, New York 10003

        LINDABURY, McCORMICK, ESTABROOK & COOPER, P.C.
        *Attorneys for Defendant Coreslab Structures*
        26 Broadway
        New York, New York 10004

- 3 -

PORZIO BROMBERG & NEWMAN P.C.
*Attorneys for Defendant Nicholson Construction*
100 Southgate Parkway
Morristown, New Jersey 07962

TREACY SCHAFFEL MOORE & MUELLER
*Attorneys for Defendant D'Onofrio General Contractors*
111 Broadway
New York, New York 10006
Attn: Thomas W. Moore, III

BIRNBAUM & BIRNBAUM
*Attorneys for Third-Party Defendant Bay Crane Services, Inc.*
2 Birchwood Court
Mineola, New York 11501