UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,

                Plaintiff,

      -against-

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL
CONTRACTORS CORP., CONSOLIDATED EDISON
OF NEW YORK, INC., TERRA DINAMICA, LLC,
CORESLAB    STRUCTURES,    and    NICOLSON
CONSTRUCTION CO.,

                Defendants.
-------------------------------------------------------------------X
BUILDERS RESOURCE, INC.,

                Third-Party Plaintiff,

      -against-

BAY CRANE SERVICE INC.,

                Third-Party Defendant.
-------------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

**DECLARATION IN REPLY**

      **STEPHEN H. MARCUS**, an attorney duly admitted to practice before the Courts of the

State and this District Court, declares under penalty of perjury as follows:

      1.     I am of counsel to Lambert & Weiss, attorneys for the defendant Builders

Resource, Inc. ("BRI") and third-party defendant Steven Allard ("Allard").

      2.     I make and submit this declaration in reply to the opposing papers of defendant

Coreslab Structures (Conn.) Inc.'s ("CSCI") submitted in response to BRI and Allard's motions

to dismiss CSCI's cross-claims against BRI and its third-party complaint against Allard.

**BRI's Action Predates CSCI's Cross-**
**Claims by about Three and a Half Months**

      3.     CSCI suggests that BRI's Massachusetts Action predates CSCI's cross-claims by

mere days.  BRI's Massachusetts Action was commenced on March 13, 2007.  (Exhibit "A").

CSCI, however, did not file its cross-claims against BRI and its third-party complaint against Allard until June 28, 2007 (Exhibit "B"), three and a half months later. The Massachusetts Action is clearly the first pending action between these parties. The Massachusetts Action arises from a one-page proposal dated May 10, 2006, by which BRI agreed to perform certain work for CSCI. (Exhibit "C"). BRI alleges in its complaint that CSCI owes it $2,274,264.75. (Exhibit "D"). Neither BRI nor CSCI maintains offices in New York. BRI's work at Mott Haven was completed nearly a year ago. The major witnesses to BRI's work are in Connecticut and Rhode Island. As the first filing plaintiff, BRI is entitled to have its choice of forum respected, particularly since neither CSCI nor BRI has offices in this state.

4.    Moreover, CSCI's cross-claims are grafted onto ALF's action for payment for the alleged rental of timber crane mats. ALF's action appears to be fatally defective and may ultimately be quickly disposed of by summary judgment. ALF claims that it had a written contract with BRI. (Exhibit "E"). The copy of the alleged "agreement" is attached to ALF's complaint, however, is not signed by BRI. In contrast, BRI's agreement with third-party defendant Bay Crane, signed by BRI and Bay Crane, indicates that crane mats would be provided to BRI by Bay Crane. (Exhibit "F").

5.    The BRI-Bay Crane agreement is authenticated by the accompanying affidavit of Martin Cardon, general manager of BRI.

6.    In addition, ALF's mechanic's lien claim appears to be without merit, since ALF may not have been entitled to file a notice of lien. Under the BRI-Bay Crane agreement, BRI, not Bay Crane, furnished the operating crews for the cranes provided by Bay Crane. Bay Crane was thus, at most, an equipment supplier, the equivalent in New York to a "materialman." N.Y. Lien Law § 2, subd. 12. ALF, which did not supply any crane mats to BRI, but which may have supplied them to Bay Crane, would thus be a "remote materialman", and, if so, not entitled to file a notice of mechanic's lien. N.Y. Lien Law §§ 2, subd. 12, 3.

- 2 -

7.    Thus, CSCI seeks to litigate claims, more properly raised as counterclaims in BRI's Massachusetts Action, as an appendage to what could turn out to be a wholly meritless and short-lived action by ALF.    Particularly, under these circumstances, this Court should have no hesitation in dismissing CSCI's cross-claims and third-party claim in deference to the prior Massachusetts Action, or transferring them to the District Court in Massachusetts.

8.    Moreover, defendant Terra Dinamica's claims, as reflected in its notice of mechanic's lien, is solely against the general contractor D'Onofrio. (Ex. "G"). Terra Dinamica makes no claim that it provided any service to CSCI or BRI. Terra's claim is clearly unrelated, in any direct way to BRI and CSCI, and their controversy.

**There is No New York Nexus to CSCI's**
**Cross-claims Against BRI and Allard**

9.    As shown by CSCI's own records on this motion (Ex. D to the affidavit of Leon Grant) the so-called fraudulent documents executed by Allard for BRI were either executed in Connecticut or in Massachusetts. (Exhibit "H"). None were executed in New York. As established by its own records, CSCI is a Connecticut corporation with its offices in Thomaston, Connecticut.    As shown by BRI and Allard's accompanying memorandum of law, the jurisdiction of this Court should not be invoked since both the alleged tort and its alleged effect took place outside of this State.

10.    By reason of the foregoing, CSCI's cross-claims against BRI, and its third-party complaint against Allard should be dismissed, or transferred to the District Court in Massachusetts.


Dated: New York, New York
           September 11, 2007


STEPHEN H. MARCUS (SHM 2370)

- 3 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALF RENTAL COMPANY, INC.,

              Plaintiff,

    -against-

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL
CONTRACTORS CORP., CONSOLIDATED EDISON
OF NEW YORK, INC., TERRA DINAMICA, LLC,
CORESLAB STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

              Defendants.
-----------------------------------------------------------------X
BUILDERS RESOURCE, INC.,

              Third-Party Plaintiff,

    -against-

BAY CRANE SERVICE INC.,

              Third-Party Defendant.
-----------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

**AFFIDAVIT**

STATE OF RHODE ISLAND     )
                              ) SS.:
COUNTY OF PROVIDENCE   )

    **MARTIN CARDON**, being duly sworn, deposes and says:

    1.    I am the General Manager of defendant Builders Resource, Inc. ("BRI"). Plaintiff ALF did not have an agreement with BRI to supply timber crane mats to BRI for the Mott Haven project. The alleged copy of ALF's contract attached to its complaint was never signed by BRI. (Exhibit "E").

    2.    Attached hereto as Exhibit "F" is BRI's agreement with third-party defendant Bay Crane Service, Inc. ("Bay Crane"). Under that agreement, signed by both Bay Crane and

BRI, Bay Crane was to furnish and transport the timber crane mats to the job site, in addition to providing cranes. The mat rental rates stated in the agreement are for each day's rent of mats varying in size from 4 feet wide to 24 feet to 30 feet long. Bay Crane supplied the timber crane mats to BRI; ALF did not.

MARTIN CARDON

Sworn to before me this
10th day of September, 2007

NOTARY PUBLIC

# Exhibit "A"

## United States District Court
### District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:07-cv-40057-FDS

Builders Resource, Inc. v. Coreslab Structures Conn. Inc.
Assigned to: Judge F. Dennis Saylor, IV
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 03/13/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Builders Resource, Inc.**                     represented by **Robert N. Meltzer**
Attorney at Law
P.O. Box 1459
Framingham, MA 01701
508-872-7116
Fax: 508-647-0332
Email: robmeltzer@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Coreslab Structures Conn, Inc.**              represented by **Edward J. Frisch**
Lindabury, McCormick, Estabrook & Cooper
53 Cardinal Drive
P.O. Box 2369
Westfield, NJ 07091-2369
908-233-6800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig F. Anderson**
Quinlan & Sadowski, PC
11 Vanderbilt Avenue
Suite 250
Norwood, MA 02062
781-440-9909
Fax: 781-440-9979
Email: canderson@qsatlaw.com
*ATTORNEY TO BE NOTICED*

**David T. Keenan**
Quinlan & Sadowski, P.C.
11 Vanderbilt Aveneu
Suite 250
Norwood, MA 02062-5056
781-440-9909
Fax: 781-440-9979
Email: dkeenan@qsatlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

**Exhibit "B"**

**Stephanie**

| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **Sent:** | Thursday, June 28, 2007 8:48 PM |
| **To:** | deadmail@nysd.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-03148-KMK ALF Rental Company, Inc. v. Builders Resource, Inc. et al Answer to Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

**U.S. District Court**

**United States District Court for the Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered by Yaffe, Scott on 6/28/2007 at 8:47 PM EDT and filed on 6/28/2007

**Case Name:** ALF Rental Company, Inc. v. Builders Resource, Inc. et al
**Case Number:** 1:07-cv-3148
**Filer:** Coreslab Structures
**Document Number:** 20

**Docket Text:**
ANSWER to Complaint with JURY DEMAND., THIRD PARTY COMPLAINT against Steve Allard., CROSSCLAIM against all defendants., COUNTERCLAIM against all plaintiffs. Document filed by Coreslab Structures.(Yaffe, Scott)

**1:07-cv-3148 Notice has been electronically mailed to:**

Richard Lewis Herzfeld    rherzfeld@aol.com

Scott A Levinson    levinsons@coned.com

Stephen H. Marcus    Stephen_Marcus@lambertweiss.com

Stephen H. Marcus    stephen_marcus@lambertweiss.com

Scott Mark Yaffe    smyaffe@comcast.net

**1:07-cv-3148 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document

# Exhibit "C"

COPY



CORESLAB. STRUCTURES (CONN) INC.

P.O. Box 279, Thomaston, CT 06787-0279
1023 Waterbury Road, Thomaston, CT 06787-2026
Ph. (860) 283-8281 Fax (860) 283-0165

## Purchase Order

Issued To: Builders Resource Inc
101 Nasonville Rd
Harrisville, RI 02830

Ship To: Mott Haven Substation
415 Bruckner Blvd
Bronx, NY 10454

P.O. No.: 0717

Order Date: 10-May-06

Terms:

Your Quotation: Confirmed
To:

F.O.B.

### PLEASE ENTER OUR ORDER FOR THESE ITEMS SUBJECT TO THESE CONDITIONS

1. Show our order number on all related invoices, correspondence, bill or lading and packages
2. Acknowledge our order promptly, including a statement of your ability to ship all items to meet specified delivery dates
3. Send invoices in duplicate to above address unless otherwise instructed in writing.
4. No packing charges allowed without written approval.
5. Acceptance of all items subject to our inspection notwithstanding prior payment to obtain cash discount.
6. Items rejected due to inferior quality will be returned to you; all transportation expense both ways for your account and are not to be replaced except upon written instructions.

| Item No. | Quantity Ordered | Quantity Received | Unites | Items Description and/or Stock Number | Unit | Price Per | Extended |
|----------|------------------|-------------------|--------|----------------------------------------|------|-----------|----------|
| 1 | 1 | | | 345kv=659 pcs | ea | $3,478,000.00 | $3,478,000.00 |
| | | | | Admin= 262 pcs | | | |
| | | | | 13kv= 183 pcs | | | |
| | | | | Totals=1104 pcs of | | | |
| | | | | Precast Erected and attached to the Mott-Haven Substation bldg per erection dwgs and PC standards. | | | |
| | | | | Completion July 31, 2006 | | | |
| | | | | As per attach contract & Quotation | | | |

| Items No. | Accounting Code | Detail No | Requested By | Approved By | Shp/Hdl Taxes | |
|-----------|-----------------|-----------|--------------|-------------|---------------|---|
| | | | | | Total Price | $3,478,000.00 |

Coreslab Structures (Conn)
By _____
Authorized Agent
Builders Resource Inc.
By _____

Requested By: Gaetano De Angitano JR



CORESLAB STRUCTURES (CONN) INC.

P.O. Box 279, Thomaston, CT 06787-0279
1923 Waterbury Road, Thomaston, CT 06787-2028
(860) 283-8281

**CHANGE ORDER**

Attn: Steve Attaro
Builders Resource Inc
101 Nasonville Rd
Harrisville, RI 02830

Re: Mott Haven Substation
415 Bruckner Blvd
Bronx, NY 10454

| INVOICE NO. | CUST. NO. | CUSTOMER NAME | JOB NO. | ENTITY NO. | TERMS |
|---|---|---|---|---|---|
| 10/11/2006 | | BRI | #0111 | #0111.400 BRI | |
| CUST. ORDER NO. | F.O.B. Jobsite | N/A | N/A | | 3 |
| | N/A | | | | |

CO-001 BRI This C.O. is for X-01 through X-38 and X40 with X-08, 14, 21, 28, 25, 33 & 36 withdrawn
Note: C.O. X-01 trough X-06 has been previously paid in July
C.C. X-07 trough X-16 has been previously paid in August
C.C. X-17 trough X-20 has been previously paid in September

| | | |
|---|---|---|
| X1 - 38 & 40(exclude 8, 14, 21, 23, 25, 33, 36, | $1,465,099.46 | |
| Subtotal | $1,465,099.46 | |
| OH & P | Included | |
| Total | $1,465,099.46 | –$1,465,099.00 |

Please have an Authorized Company representative sign and return for billing
Please expedite. Change Order work can not be performed until written consent is received.

**REVISED CONTRACT AGREEMENT**

| | |
|---|---|
| The Subcontract Sum prior to this Change Order: | $ 3,478,000.00 |
| The Subcontract Sum will be increased by this Change Order: | $1,465,099.00 |
| The new Subcontract Sum including this Change Order will be: | $ 4,343,099.00 |

The work and terms of payment covered by this order shall be performed under the same Terms and Conditions as that included in the Original Contract

IN WITNESS WHEREOF the said parties have caused this agreement to be executed as of the day and year signed below

O'ONOFRIO GENERAL CONTRACTORS
CONTRACTOR

BY _____

DATE _____

CORESLAB STRUCTURES (CONN) INC
SUBCONTRACTOR

BY _____
Leon Grant V.P./General Manager

DATE        10/11/06

03/12/2007  04:13   508-876-2001          BRI PROJECT MANAGEMT                    PAGE  02/03

5:03 PM
03/12/07

# Builders Resource, Inc.
## Open Invoices
### As of March 12, 2007

| Type | Date | Num | Due Date | Aging | Open Balance |
|------|------|-----|----------|-------|--------------|
| **Coreslab** | | | | | |
| **Mott Haven Contract** | | | | | |
| **Mott Haven Retainage** | | | | | |
| Invoice | 4/25/2006 | retainage | 4/25/2006 | 321 | 35,617.04 |
| Invoice | 5/15/2006 | retainage | 5/15/2006 | 301 | 29,141.22 |
| Invoice | 6/15/2006 | retainage | 6/15/2006 | 270 | 95,161.87 |
| Invoice | 7/16/2006 | retainage | 7/16/2006 | 239 | 64,843.09 |
| Invoice | 8/15/2006 | retainage | 8/15/2006 | 209 | 105,731.44 |
| Invoice | 9/15/2006 | retainage | 9/15/2006 | 178 | 14,114.10 |
| Invoice | 10/10/2006 | retainage | 10/10/2006 | 153 | 3,191.25 |
| **Total Mott Haven Retainage** | | | | | 347,800.01 |
| **Mott Haven Extras** | | | | | |
| Invoice | 3/9/2007 | MH-X48 | 3/9/2007 | 4 | 37,425.04 |
| Invoice | 3/9/2007 | MH-X47 | 3/9/2007 | 3 | 13,390.18 |
| **Total Mott Haven Extras** | | | | | 50,815.22 |
| **Mott Haven Contract - Other** | | | | | |
| Invoice | 8/15/2006 | MH-08-CO-... | 8/15/2006 | 209 | 97,498.33 |
| Invoice | 8/15/2006 | MH-11-CO-7 | 8/15/2006 | 209 | 97,500.00 |
| Invoice | 8/15/2006 | MH-13-CO-... | 8/15/2006 | 209 | 8,859.70 |
| Invoice | 8/15/2006 | MH-14-CO-... | 8/15/2006 | 209 | 8,543.75 |
| Invoice | 8/15/2006 | MH-15-CO-... | 8/15/2006 | 209 | 8,583.65 |
| Invoice | 8/15/2006 | MH-16-CO-... | 8/15/2006 | 209 | 5,810.46 |
| Invoice | 8/15/2006 | MH-17-CO-... | 8/15/2006 | 209 | 40,080.97 |
| Invoice | 8/15/2006 | MH-18-CO-... | 8/15/2006 | 209 | 11,434.65 |
| Invoice | 8/15/2006 | MH-20-CO-... | 8/15/2006 | 209 | 19,436.65 |
| Invoice | 8/15/2006 | MH-23-CO-... | 8/15/2006 | 209 | 4,313.66 |
| Invoice | 8/15/2006 | MH-24-CO-... | 8/15/2006 | 209 | 5,544.72 |
| Invoice | 8/15/2006 | MH-26-CO-... | 8/15/2006 | 209 | 31,982.72 |
| Invoice | 8/15/2006 | MH-10-CO-... | 8/15/2006 | 209 | 110,030.90 |
| Invoice | 8/15/2006 | MH-12-CO-... | 8/15/2006 | 209 | 175,969.50 |
| Invoice | 8/15/2006 | MH-22-CO-... | 8/15/2006 | 209 | 205,869.85 |
| Invoice | 8/15/2006 | MH-25-CO-... | 8/15/2006 | 209 | 437,500.00 |
| Invoice | 8/15/2006 | MH-27-CO-... | 8/15/2006 | 209 | 225,000.00 |
| Invoice | 9/15/2006 | MH-21 | 9/15/2006 | 178 | 127,026.86 |
| Invoice | 10/10/2006 | MH-28 | 10/10/2006 | 153 | 28,721.25 |
| Invoice | 10/15/2006 | MH-29-CO-... | 10/15/2006 | 148 | 5,071.00 |
| Invoice | 10/15/2006 | MH-30-CO-... | 10/15/2006 | 148 | 51,906.36 |
| Invoice | 3/12/2007 | FC 18 | 3/12/2007 | | 171,223.49 |
| **Total Mott Haven Contract - Other** | | | | | 1,878,648.62 |
| **Total Mott Haven Contract** | | | | | 2,274,264.75 |
| **Total Coreslab** | | | | | 2,274,264.75 |
| **TOTAL** | | | | | 2,274,264.75 |



Builders Resource, Inc.

770 Douglas Turnpike
Harrisville, RI 02830-1609

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/12/2007 | FC 16 |

**Bill To**

Coreslab, Inc.
1023 Waterbury Road
Thomaston, CT 06787

| | Terms |
|--|-------|
| | |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance | 171,223.49 |
| Invoice #MH-08-CO-04 for 97,496.33 on 08/15/2006 | |
| Invoice #MH-11-CO-7 for 97,500.00 on 08/15/2006 | |
| Invoice #MH-13-CO-09 for 8,659.70 on 08/15/2006 | |
| Invoice #MH-14-CO-10 for 6,543.75 on 08/15/2006 | |
| Invoice #MH-15-CO-11 for 8,563.65 on 08/15/2006 | |
| Invoice #MH-16-CO-12 for 5,810.46 on 08/15/2006 | |
| Invoice #MH-17-CO-13 for 40,060.97 on 08/15/2006 | |
| Invoice #MH-18-CO-14 for 11,434.65 on 08/15/2006 | |
| Invoice #MH-20-CO-16 for 19,439.65 on 08/15/2006 | |
| Invoice #MH-23-CO-18 for 4,313.68 on 08/15/2006 | |
| Invoice #MH-24-CO-19 for 5,544.72 on 08/15/2006 | |
| Invoice #MH-26-CO-21 for 31,962.73 on 08/15/2006 | |
| Invoice #MH-10-CO-06 for 110,030.90 on 08/15/2006 | |
| Invoice #MH-12-CO-08 for 175,969.50 on 08/15/2006 | |
| Invoice #MH-22-CO-17 for 205,869.85 on 08/15/2006 | |
| Invoice #MH-25-CO-20 for 437,500.00 on 08/15/2006 | |
| Invoice #MH-27-CO-22 for 225,000.00 on 08/15/2006 | |
| Invoice #MH-21 for 127,026.88 on 09/15/2006 | |
| Invoice #MH-28 for 28,721.25 on 10/16/2006 | |
| Invoice #MH-29-CO-23 for 5,071.00 on 10/15/2006 | |
| Invoice #MH-30-CO-24 for 51,906.36 on 10/15/2006 | |

| Total | $171,223.49 |
|-------|-------------|
| Payments/Credits | $0.00 |
| **Balance Due** | $171,223.49 |

.

# Exhibit "D"

Robert N. Meltzer
*Attorney At Law*

P.O. Box 1459
Framingham, MA 01701
508.872.7116
robmeltzer@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

405038
350 00

SUMMONS ISSUED ✓
LOCAL RULE 4.1 ✓
WAIVER FORM ✓
MCF ISSUED ✓
BY DPTY. CLK. ____
DATE 3-13-07

BUILDERS RESOURCE, INC. )
                        )
            Plaintiff   )
                        )
v.                      )  Civil Action No.
                        )
CORESLAB STRUCTURES     )  07-40057FDS
CONN, INC.              )
                        )
            Defendant   )

## VERIFIED COMPLAINT BASED UPON DIVERSITY OF CITIZENSHIP

This is an action brought by Builders Resource, Inc., a citizen of Massachusetts, against Coreslab Structures (Conn), Inc., for funds due and owing under a construction contract.

1.  Plaintiff, Builder Resource, Inc. ("the Plaintiff") is a business entity with a place of business at 180 Main Street in Blackstone, Worcester County, in the Commonwealth of Massachusetts.

2.  Defendant, Coreslab Structures (Conn), Inc. ("the Defendant") is a business entity with a place of business at 1023 Waterbury Road, Thomaston, in the state of Connecticut

3.  There is complete diversity between the parties, and damages exceed the statutory minimum.

4.  This suit is brought in the venue of the residence of the Plaintiff.

5.  Personal jurisdiction is had over the Defendant, as the Defendant conducts in construction business nationally, and presently is engaged in construction of the same type and nature within the Commonwealth of Massachusetts, including a project at Children's Hospital in Boston, in the Commonwealth of Massachusetts.


The Mountain States Law Group

Robert N. Meltzer
*Attorney At Law*

P.O. Box 1459
Framingham, MA 01701
508.872.7116
robnacltzr@aol.com

6.  This forum is as convenient as any other, as no particular forum contains all parties, documents or witnesses in this case.

7.  The Plaintiff and the Defendant entered into a contract on May 10, 2006, for certain construction work at the Mott Haven Substation in the Bronx, in the state of New York. ("the Project").

8.  The Plaintiff performed its work for the Defendant in the form of contract work, as well as extras to the contract. The total contract price, including all additions to the contract, total $4,943,099.

9.  Notwithstanding the Plaintiff's performance, the Defendant has not paid the Plaintiff for the Plaintiff's work.

10. The Plaintiff is owed $2,274,264.75.

## COUNT I

### BREACH OF CONTRACT

11. The Plaintiff restates paragraphs 1-10 and incorporates them herein by reference.

12. The Defendant's failure to pay the Plaintiff constitutes a breach of the contract between the Plaintiff and the Defendant.

13. As a result of the Defendant's breach, the Plaintiff has sustained the loss of its expectancy under the contract, and has sustained incidental and consequential damages foreseeable at the time of formation of the contract.

## COUNT II

### ACCOUNT STATED

14. The Plaintiff restates paragraphs 1-13 and incorporates them herein by reference.


The Mountain States Law Group

2

Robert N. Meltzer
*Attorney At Law*

P.O. Box 1459
Framingham, MA 01701
508.872.7116
robmeltzer@aol.com

15. The Defendant received the invoice of account stated herein without objection and otherwise

promised to pay all obligations.

16. The Defendant has not paid The Plaintiff on its account.

17. The Defendant owes the Plaintiff on account stated.

WHEREFORE, The Plaintiff respectfully prays that this Honorable Court:

1. Enter judgment for the Plaintiff and against the Defendant on all counts;

2. That this court award the Plaintiff its expectancy damages pursuant to Count I together with

interest;

3. That this court award the Plaintiff damages in its itemized account stated invoice in Count II

together with any interest; and

4. Any further relief deemed just and appropriate by this Honorable Court.

**THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS**

Respectfully Submitted,
**The Plaintiff**

By its attorney,

The Mountain States Law Group
Robert N. Meltzer, BBO #564745
PO Box 1459
Framingham, MA 01701
Phone: (508) 872-7116

Dated: March 6, 2007


The Mountain States Law Group

3

MAR-06-2007  12:52                                                    P.09/09

Robert N. Meltzer
*Attorney At Law*

P.O. Box 1436
Framingham, MA 01701
508.872.7196
robmeltzer@aol.com

## VERIFICATION

I do hereby certify that I have reviewed the attached document, and that the facts contained herein stating the funds owed and the facts alleged are true to the best of my knowledge and belief, and represent a true and accurate accounting of the funds due and owing to Builder Resource, Inc.

Signed under the pains and penalties of perjury this 6th day of March, 2007



The Mountain States Law Group

4

                                                          TOTAL P.09

COPY



CORESLAB STRUCTURES (CONN) INC

P.O. Box 279, Thomaston, CT 06787-0279
1023 Waterbury Road, Thomaston, CT 06787-2026
Ph. (860) 283-8281 Fax (860) 283-0165

## Purchase Order

Issued To: Builders Resource Inc

101 Nasonville Rd

Harrisville, RI 02830

Ship To: Mott Heven Substation

415 Bruckner Blvd.

Bronx, NY 10454

P.O. No.: 0717

Order Date: 10-May-06

Terms:

Your Quotation: Confirmed

To:

F.O.B.

### PLEASE ENTER OUR ORDER FOR THESE ITEMS SUBJECT TO THESE CONDITIONS

1. Show our order number on all related invoices, correspondence, bill or lading and packages.

2. Acknowledge our order promptly, including a statement of your ability to ship all items to meet specified delivery dates.

3. Send invoices in duplicate to above address unless otherwise instructed in writing.

4. No packing charges allowed without written approval.

5. Acceptance of all items subject to our inspection notwithstanding prior payment to obtain cash discount.

6. Items rejected due to inferior quality will be returned to you; all transportation expense both ways for your account and are not to be replaced except upon written instructions.

| Item No. | Quantity Ordered | Quantity Received | Unites | Items Description and/or Stock Number | Unit | Price Per | Extended |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | 345kv=669 pcs | ea | $3,478,000.00 | $3,478,000.00 |
| | | | | Admin=262 pcs | | | |
| | | | | 13kv=183 pcs | | | |
| | | | | Total=1104 pcs of | | | |
| | | | | Precast Erected and attached to the Mott- | | | |
| | | | | Haven Substation bldg per erection dwgs and PC | | | |
| | | | | standards. | | | |
| | | | | Completion July 31, 2006 | | | |
| | | | | As per attach contract & Quotation | | | |

| Items No. | Accounting Code | Detail No. | Requested By | Approved By | Ship/Hdl Taxes | |
|---|---|---|---|---|---|---|
| | | | | | Total Price | $3,478,000.00 |

Coreslab Structures (Conn)

By

Authorized Agent

Builders Resource Inc.

By



**CORESLAB STRUCTURES (CONN) INC.**

P.O. Box 279, Thomaston, CT 06787-0279
1923 Waterbury Road, Thomaston, CT 06787-2028
(860) 283-8281

**CHANGE ORDER**

Attn: Steve Altaro
Builders Resource Inc
161 Nasonville Rd
Harrisville, RI 02830

Re: Mott Haven Subergstate
415 Bruckner Blvd.
Bronx, NY 10454

| INVOICE NO. | CUST. NO. | CUSTOMER NAME | JOB NO. | ENTITY NO. | TERMS |
|---|---|---|---|---|---|
| 10/11/2008 | | BRI | #0111 | #0111/COLORI | |
| CUST. ORDER NO. | F.O.B. Johnson | N/A | N/A | | 3 |

CO-6918RI This C.O. is for X-01 through X-38 and X-40, with X-08, 14, 21, 29, 25, 33 & 36, withdrawn
(Note C.O. X-01 trough X-06 has been previously paid in July
C.O. X-07 trough X-16 has been previously paid in August
C.O. X-17 trough X-20 has been previously paid in September

| | | |
|---|---|---|
| X1-38 & 40(exclude 8, 14, 21, 29, 25, 33, 36) | $1,465,099.46 | |
| Subtotal | $1,465,099.46 | |
| Other | Included | |
| Total | $1,465,099.46 | ~$1,465,099.00 |

Please have an Authorized Company representative sign and return for billing
Please expedite Change Order work can not be performed until written consent is received.

**REVISED CONTRACT AGREEMENT**

The Subcontract Sum prior to this Change Order                     $ 3,478,000.00
The Subcontract Sum will be  increased   by this change order      $1,465,099.06
The New Subcontract Sum including this Change Order will be         $ 4,943,099.00

The work and terms of payment covered by this order shall be performed under the same Terms and Conditions as that included in the Original Contract

IN WITNESS WHEREOF the said parties have caused this agreement to be executed as of the day and year signed below

O'ONOFRIO GENERAL CONTRACTORS
CONTRACTOR

CORESLAB STRUCTURES (CONN) INC
SUBCONTRACTOR

BY _____

BY _____
Leon Grant  V.P./General Manager

DATE  10/12/06

DATE  10/11/06

03/12/2007  04:13  500-876-2001          BRI PROJECT MANAGEMENT                                    PAGE  02/03

5:03 PM
03/12/07

## Builders Resource, Inc.
### Open Invoices
#### As of March 12, 2007

| Type | Date | Num | Due Date | Aging | Open Balance |
|------|------|-----|----------|-------|--------------|
| **Coreslab** | | | | | |
| **Mott Haven Contract** | | | | | |
| **Mott Haven Retainage** | | | | | |
| Invoice | 4/25/2006 | retainage | 4/25/2006 | 321 | 35,617.04 |
| Invoice | 5/15/2006 | retainage | 5/15/2006 | 301 | 29,141.22 |
| Invoice | 6/15/2006 | retainage | 6/15/2006 | 270 | 95,161.67 |
| Invoice | 7/16/2006 | retainage | 7/16/2006 | 239 | 64,843.69 |
| Invoice | 8/15/2006 | retainage | 8/15/2006 | 209 | 105,731.44 |
| Invoice | 9/15/2006 | retainage | 9/15/2006 | 178 | 14,114.10 |
| Invoice | 10/10/2006 | retainage | 10/10/2006 | 153 | 3,191.28 |
| **Total Mott Haven Retainage** | | | | | 347,800.01 |
| **Mott Haven Extras** | | | | | |
| Invoice | 3/9/2007 | MH-X46 | 3/9/2007 | 4 | 37,425.04 |
| Invoice | 3/9/2007 | MH-X47 | 3/9/2007 | 3 | 13,390.18 |
| **Total Mott Haven Extras** | | | | | 50,815.22 |
| **Mott Haven Contract - Other** | | | | | |
| Invoice | 8/15/2006 | MH-08-CO-... | 8/15/2006 | 209 | 97,496.33 |
| Invoice | 8/15/2006 | MH-11-CO-7 | 8/15/2006 | 209 | 97,500.00 |
| Invoice | 8/15/2006 | MH-13-CO-... | 8/15/2006 | 209 | 8,659.70 |
| Invoice | 8/15/2006 | MH-14-CO-... | 8/15/2006 | 209 | 6,543.75 |
| Invoice | 8/15/2006 | MH-15-CO-... | 8/15/2006 | 209 | 8,563.65 |
| Invoice | 8/15/2006 | MH-16-CO-... | 8/15/2006 | 209 | 5,810.46 |
| Invoice | 8/15/2006 | MH-17-CO-... | 8/15/2006 | 209 | 40,060.97 |
| Invoice | 8/15/2006 | MH-18-CO-... | 8/15/2006 | 209 | 11,434.65 |
| Invoice | 8/15/2006 | MH-20-CO-... | 8/15/2006 | 209 | 19,436.65 |
| Invoice | 8/15/2006 | MH-23-CO-... | 8/15/2006 | 209 | 4,313.66 |
| Invoice | 8/15/2006 | MH-24-CO-... | 8/15/2006 | 209 | 5,544.72 |
| Invoice | 8/15/2006 | MH-26-CO-... | 8/15/2006 | 209 | 31,962.73 |
| Invoice | 8/15/2006 | MH-10-CO-... | 8/15/2006 | 209 | 110,030.90 |
| Invoice | 8/15/2006 | MH-12-CO-... | 8/15/2006 | 209 | 175,989.50 |
| Invoice | 8/15/2006 | MH-22-CO-... | 8/15/2006 | 209 | 205,609.65 |
| Invoice | 8/15/2006 | MH-25-CO-... | 8/15/2006 | 209 | 437,500.00 |
| Invoice | 8/15/2006 | MH-27-CO-... | 8/15/2006 | 209 | 225,000.00 |
| Invoice | 9/15/2006 | MH-21 | 9/15/2006 | 178 | 127,026.86 |
| Invoice | 10/10/2006 | MH-28 | 10/10/2006 | 153 | 28,721.25 |
| Invoice | 10/15/2006 | MH-29-CO-... | 10/15/2005 | 148 | 5,071.00 |
| Invoice | 10/16/2006 | MH-30-CO-... | 10/15/2006 | 148 | 51,908.36 |
| Invoice | 3/12/2007 | FC 16 | 3/12/2007 | | 171,223.49 |
| **Total Mott Haven Contract - Other** | | | | | 1,875,649.52 |
| **Total Mott Haven Contract** | | | | | 2,274,264.75 |
| **Total Coreslab** | | | | | 2,274,264.75 |
| **TOTAL** | | | | | 2,274,264.75 |

03/12/2007  04:13    508-876-2001              BRI PROJECT MANAGEMT                    PAGE  03/03

Builders Resource, Inc.

770 Douglas Turnpike
Harrisville, RI 02830-1609

# Finance Charge

| Date | Invoice # |
|------|-----------|
| 3/12/2007 | PC 16 |

| Bill To |
|---------|
| Coreslab, Inc.<br>1023 Waterbury Road<br>Thomaston, CT 06787 |

|  | Terms |
|--|-------|
|  |  |

| Description | Amount |
|-------------|--------|
| Finance Charges on Overdue Balance | 171,223.49 |
| Invoice #MH-08-CO-04 for 97,496.33 on 08/15/2006 | |
| Invoice #MH-11-CO-7 for 97,500.00 on 08/15/2006 | |
| Invoice #MH-13-CO-09 for 8,659.70 on 08/15/2006 | |
| Invoice #MH-14-CO-10 for 6,543.75 on 08/15/2006 | |
| Invoice #MH-15-CO-11 for 8,563.65 on 08/15/2006 | |
| Invoice #MH-16-CO-12 for 5,810.46 on 08/15/2006 | |
| Invoice #MH-17-CO-13 for 40,060.97 on 08/15/2006 | |
| Invoice #MH-18-CO-14 for 11,434.65 on 08/15/2006 | |
| Invoice #MH-20-CO-16 for 19,439.65 on 08/15/2006 | |
| Invoice #MH-23-CO-18 for 4,313.68 on 08/15/2006 | |
| Invoice #MH-24-CO-19 for 5,544.72 on 08/15/2006 | |
| Invoice #MH-26-CO-21 for 31,962.73 on 08/15/2006 | |
| Invoice #MH-10-CO-06 for 110,030.90 on 08/15/2006 | |
| Invoice #MH-12-CO-08 for 175,969.50 on 08/15/2006 | |
| Invoice #MH-22-CO-17 for 205,869.85 on 08/15/2006 | |
| Invoice #MH-25-CO-20 for 437,500.00 on 08/15/2006 | |
| Invoice #MH-27-CO-22 for 225,000.00 on 08/15/2006 | |
| Invoice #MH-21 for 127,026.88 on 09/15/2006 | |
| Invoice #MH-28 for 28,721.25 on 10/10/2006 | |
| Invoice #MH-29-CO-23 for 5,071.00 on 10/15/2006 | |
| Invoice #MH-30-CO-24 for 51,906.36 on 10/15/2006 | |

| Total | $171,223.49 |
|-------|-------------|
| Payments/Credits | $0.00 |
| Balance Due | $171,223.49 |

**Exhibit "E"**

# ALF RENTAL COMPANY INC.
123 W. Sheffield Avenue
Englewood, New Jersey 07631
(201) 871-8888 , Fax (201) 871-8858

## EQUIPMENT
## RENTAL AGREEMENT

BUILDERS RESOURCE INC.
101 Nasonville Road
Nasonville, RI 02830

Tel.#401-762-0262
Fax#401-762-0312

Attention:  Steve Allard (Cell#401-623-6135)

WE PROPOSE to rent you the following equipment subject to terms and conditions hereinafter stated:
Seventy Eight (78) Hardwood Crane Mats: (30) 24'x4'x1', (30) 26'x4'x1' & (8) 30'x4'x1'.
If rented equipment is not returned or returned in a damaged condition, you are responsible for the amount of
$1,200.00 per 24' Mat, $1,450 per 26' Mat & $1,700 per 30' Mat.

RENTAL is to be at the rate of $6.00 per 24' Mat/Day, $7.50 per 26' Mat/Day & $9.00 per 30' Mat/Day from the date of delivery
until equipment is returned to us. Rental rate based on (7) day work week with a minimum of a (7) day rental.

TERMS: NET 30 DAYS FOB OUR YARD.

DELIVERY of equipment is to be made to you on:  Rental on all Mats began on May 1, 2006 (Mats held for this job), for use at
Mott Haven (Bronx).

ALL TRANSPORTATION CHARGES from point of delivery to destination and return charges to point of delivery are to be
paid by you. Loading Charge of $150 per trailer and an Unloading Charge of $150 per trailer in our yard.

YOU ARE TO ASSUME full responsibility for equipment during rental period, and are to return it to us in as good condition as
received less wear incident to normal use. An $80 per Unit cleaning and/or maintenance charge will be incurred if the item is returned
to us with debris (dirt, garbage, steel, etc.).  If wood dunnage (spacers) are not returned, a charge of $6.00 per unit will be incurred.

WE ASSUME NO LIABILITY for loss or damage on account of accidents, delays due to defective material or delays in the
delivery or removal of equipment.

YOU REPRESENT THAT YOU ARE FULLY RESPONSIBLE with proper methods for installation, use and maintenance of
the equipment.  You are solely responsible for its installation, use and maintenance and agree to do so in a proper and safe manner.

YOU SHALL INDEMNIFY US AND HOLD US HARMLESS against all losses, claims, suits, damages, expenses and/or
penalties, including attorney's fees, arising out of any matter concerning the equipment occurring during the rental period or while the
equipment is otherwise in your possession, including but not limited to claims of personal injury or property damage.

YOU SHALL SECURE general liability insurance policy, naming us as a coinsured, to afford protection with limits, for each
occurrence, of not less than Two Million Dollars ($2,000,000.00) with respect to personal injury and death, and Five Hundred
Thousand Dollars ($500,000.00) with respect to property damage.

WE RESERVE THE RIGHT, if rental is in default under the terms of this agreement, or if in our opinion equipment is being
damaged in excess of ordinary wear and tear, to take possession of our property at once.

ENTIRE AGREEMENT. This agreement sets forth the entire agreement and understanding between the parties on the subject
matter thereof, and merges all prior discussions and negotiations between them. Neither of the parties shall be bound by any
conditions, definitions, representatives or warranties with respect to the subject matter of this agreement other than as expressly
provided herein or as duly set forth on or subsequent to the date hereof in a writing signed by a duly authorized representative of the
party to be bound thereby.

ATTORNEYS FEES. In the event of a breach of this agreement, the injured party shall be entitled to recover reasonable
attorneys' fees and costs of collection.

NOTICE: - If shipment of this equipment is ordered by Lessee who neglects to return this contract signed, it shall be considered as in
full effect when such shipment is made.

NOTE: Please sign copy of this contract & return to,  ALF RENTAL COMPANY, INC.

By: _____

VICE PRESIDENT

## ACCEPTANCE

Accepted this, on the 1st. day of May, 2006.
Accepted by (Builders Resource Inc.):

_____
Signature

_____
Print Name

_____
Title

**Exhibit "F"**



# BAY CRANE

"New York's Leader in crane rental and specialized transportation solutions"

11-02 43rd Avenue Long Island City, NY 11101    TEL: 718 - 392-0800    FAX: 718 - 349-8881

May 9, 2006

Builders Resource Inc.
181 Nasonville Road
Nasonville, RI 02830
Attention: Mr. Steve Allard

RE: Agreement for Crane Rental

As per your request for equipment; please review the following terms and make sure that the BRI is in full agreement.

**Liebherr LR 1400/2**
$70,000 month + fuel + tax bare rental (176 Hours, all else Pro Rata)
$50,000 Trucking Cost Each Way
$126 Straight Time; $226 Overtime hour Mechanic(s) to aid in machine assembly
Rental period begins 5/01/06.

**Liebherr LTM 1400 Rental Rates**
$6,800 day + fuel + tax bare rental (8 Hours, all else Pro Rata)
$26,000 week + fuel + tax bare rental (40 Hours, all else Pro Rata)

**Tadano TR 450 XL-4 Rental Rates**
$850 day + fuel + tax bare rental (8 Hours, all else Pro Rata)
$3,400 week + fuel + tax bare rental (40 Hours, all else Pro Rata)

**Grove GMK 4100 Rental Rates**
$1,210 day + fuel + tax bare rental (8 Hours, all else Pro Rata)
$4,840 week + fuel + tax bare rental (40 Hours, all else Pro Rata)

All operating engineers paid by BRI directly in accordance with Local 14/15 union contracts

**Trucking of Crane Mats and Rent and any additional crane trucking**
As per Bay Crane rates of $1,100 Straight Time M-F, $ 185 Overtime, $210 premium time per tractor utilized.  NO charge for additional trailers to haul multiple mats.
Mat Rental Rates
24"=$6.00 26"=$7.50 30"=$9.00   X MATS

**Shuttle Trucks**
$950 per day Straight Time 7AM-3:30PM; $145 per Overtime hour; $170 per premium time hour

All permits, fuel, insurances, and engineering cost paid directly by BRI
All Bay Crane standard terms and conditions and standard rental agreement apply

**Payment terms**
Mobilization of Crane Paid in Advance
Equipment Rental Invoices to be paid in full within 30 days of Invoice Date
1% per month finance charge on any unpaid amounts past due.
If matter is referred to collection an additional 20% will be added for attorney's fees.

Any disputes will be documented on site and signed jointly by each party, and any notification of dispute shall be given in writing within 5 days of receipt of invoice.  Any disputes after will be considered null and void.

Builders Resource Inc.
Name STEVEN MALLARD
Title C F O

Bay Crane Service Inc.
Name Kenneth Bernardo
Title Assist. C.O.O.

**Actual Invoice Amount Dependent Upon Actual Hours Worked and unit prices that apply**
**All Bay Crane standard terms and conditions apply**
Most Crane Specifications are Available at www.baycrane.com

# BAY CRANE SERVICE, INC.

(718) 392-0800

## STANDARD RENTAL AGREEMENT

11-02 43rd Avenue
Long Island City, N.Y. 11101

TO:
BRI - Builders Resource Inc.
101 Nasonville Road
Nasonville, RI    02830

WE PROPOSE TO RENT YOU THE FOLLOWING EQUIPMENT SUBJECT TO TERMS AND CONDITIONS HEREINAFTER STATED:

ALL RISK PHYSICAL DAMAGE insurance coverage is to be provided by you in the amount of $4,000,000.00 _____ for crane and boom This coverage must include overload and boom coverage. Certificate of insurance naming lessor as loss payee shall be furnished.    Liebherr LR 1400    Crawler Crane _____ Serial No. of Machine 74264

RENTAL is to be at the rate of $ AS AGREED _____ per ☐ DAY ☐ WEEK ☐ MONTH from the date of delivery until equipment is returned to us, rental rate based on an 8 hr. day, 5 day week, with all work in excess of this to be charged on a pro-rata basis.

TERMS: NET 30 DAYS

DELIVERY of equipment is to be made to you    Monday - MAY 1, 2006
for use at    Southern Blvd & Bruckner - Bronx (Mott Haven S S)

ALL TRANSPORTATION CHARGES from this point of delivery to destination and return charges to point of delivery, are to be paid by you.

YOU ARE TO ASSUME full responsibility for equipment during rental period, and are to return it to us in as good condition as received less wear incident to normal use in the hands of a competent licensed operator. In the event that the above equipment is damaged, lost, or stolen, or in any other manner becomes otherwise unusable while in your custody under a fixed lease or rental term, you shall continue to be liable for the total rental charges and expenses for the entire lease and/or rental term.

WE assume no liability for loss or damage on account of accidents, delays due to defective material or to motor or engine troubles, or delays in the delivery or removal of equipment. YOU agree to defend and indemnify us against all loss, damage, expense and penalty arising from any action on account of personal injury or damage to property occasioned by the operation, handling or transportation of this equipment during the rental period.

YOU the lessee agree to hire a competent licensed crew to operate said equipment and to further defend, indemnify and hold said employees harmless against any claim, loss, damage, expense or penalty, including attorney's fees and to assume the entire responsibility and liability arising from any action on account of personal injury or property damage of any kind, occasioned by the operation, handling or transportation of this equipment during the rental period, whether caused directly or indirectly by the lessee, the operator or the crew.

YOU the lessee are to assume full responsibility for the securing of all operating permits required by law. Any summons issued for improper permits whether to the lessee or Bay Crane Service Inc. are to be the responsibility of the lessee.

YOU shall maintain during the term of this agreement comprehensive general liability including contractual with limits no less than a One Million Dollar combined single limit. Certificate of insurance naming lessor as additional insured shall be furnished.

IT is understood and agreed that we shall be saved harmless from all court actions and all claims for injuries to persons or through the use of this equipment while in your possession.

THE NONPAYMENT of any bill or invoice from rental of equipment or for transportation charges within thereof shall constitute an assignment by you to the extent of the full amount of such unpaid bills or invoices of any monies which are or may become due and owing to you from your principal. Said assignment may be filed in accordance with the appropriate provisions of the Lien Law, whether the equipment is used on a private or public improvement. Said assignment shall also entitle us to advance to your position on any labor and material payment bond given on the said construction or improvement to the extent of your indebtedness to us. The acceptance of the said assignment is without waiver of any other rights we may have against you.

WE RESERVE THE RIGHT, if rental is in default under terms of this agreement, or if in our opinion equipment is being damaged in excess of ordinary wear and tear, to take possession of our property at once.

TERMS: Net A finance charge of 1% per month, 12% per annum, will be added on total balance unpaid after 30 days from date of invoice. If matter is referred for collection an additional 20% will be added for reasonable attorney's fees.

NOTICE: If shipment of this equipment is ordered by Lessee who neglects to return this contract signed, it shall be considered as in full effect when such shipment is made.

BAY CRANE SERVICE, INC.

By _____

## ACCEPTANCE

Accepted this _____    Equipment Returned _____

Date May/16/06    20 _____    By _____

# Exhibit "G"



79/09
AA





STATE OF NEW YORK, COUNTY OF NEW YORK

on November 29, 2005



Amended  Affidavit of Service of Notice of Mechanic's Lien on Owner, Agent or Attorney*

STATE OF NEW YORK, COUNTY OF NEW YORK                ss.:

The undersigned, being duly sworn, deposes and says that deponent is over 18 years of age and resides at 434 Broadway, Suite 900, New York, New York 10013

on December 3 , 2005            19            served the within Notice of Mechanic's Lien

on BRUCKNER MANUFACTURING CORP., the owner herein at 415 Bruckner Boulevard, Bronx, New York 10454

~~the owner herein~~ and also on GROSS & GROSS LLP, the owner herein at 371 Merrick Road, Rockville Centre, NY 11570 and also on CONSOLIDATED EDISON SOLUTIONS, INC., the owner herein at 415 Bruckner Boulevard, Bronx, New York 10454

☐ and 4 Irving Place, New York, NY 10003
by delivering a true copy to said owner personally. Deponent knew the person so served to be the owner.

☐    as the owner could not be found, by delivering a true copy to the    agent    attorney    of the owner.

☐    by leaving it at the last known place of residence of the owner in the city or town in which the real property or some thereof is situated, with

   a person of suitable age and discretion.

☒    by depositing a true copy of same, enclosed in a    certified    registered    mail, postpaid, properly addressed wrap an official depository of the United States Postal Service in New York State.

☐    as the owner has no last known place of residence in the city or town in which the real property or some part th situated, or the owner could not be found, and has no agent or attorney, by affixing a true copy thereof conspicuo such property, at        m. (between the hours of nine o'clock in the forenoon and four o'clock in the afterno

☐    as the owner is a corporation, by personally delivering a true copy and leaving it with
   the    president    vice-president    secretary    clerk    cashier    treasurer    director    managing agent
   corporation.

☐    as the owner is a corporation, and no officer of the corporation could be found within the state, by affixing a t conspicuously on such property at        m. (between the hours of nine o'clock in the forenoon and four o'clo afternoon).

☐    as the owner is a corporation, by depositing a true copy of same, enclosed in a    certified    registered    mail, properly addressed wrapper, in an official depository of the United States Postal Service in New York State.

Sworn to before me on
this 7th day of December, 2005

S.R.L.
741109

_____
Notary Public

STANLEY B. KATZ
Notary Public, State of New York
No. 31-4630171
Qualified in New York County
Commission Expires

LEONARD J. CATANZARO, ESQ.

block 259
Lot - 9

* Editor's note: Serve five days before or 30 days after filing the Notice of Mechanic's Lien. See Lien Law §11.

**Affidavit of Service by Certified Mail**[*]

STATE OF NEW YORK, COUNTY OF NEW YORK          ss.:

The undersigned, being duly sworn, deposes and says that deponent is over 18 years of age and resides at 434 Broadway, Suite 900, New York, New York 10013

on December 2 , 2005          19          the undersigned served the within Notice of Lien on

D'Onofrio General Contractors Corporation

the   contractor   xxsubcontractorxxxxxxlessexxxlegalxrepresentativex

at 202 28th Street, Brooklyn, New York 11232

SEE ALSO ***

by depositing a true copy of same, enclosed in a certified mail, postpaid, properly addressed wrapper, in an official deposit the United State Postal Service in New York State.

Sworn to before me on
this ___ day of December 2005

_____
Notary Public

STANLEY B. KATZ
Notary Public, State of New York
No. 31-4630171
Qualified in New York County
Commission Expires _____

***
Faberware
1515 Broadway
New York, New York 10036

S.R.L.

LEONARD J. CATANZARO, ESQ.

[*] Editor's note: Serve a copy of Notice of Mechanic's Lien on contractor or subcontractor simultaneously or within 30 days after filing Notice of Mechanic's Lien. File proof of service with County Clerk within 35 days after Notice of Mechanic's Lien filed. See Lien Law §11-b.

**Mechanic's Lien**

TERRA DINAMICA, LLC ............... *Claimant*

Resident ... 5 Meadow Brook Road
Business Address Granby, Connecticut, 06035

*against*

BRUCKNER MANUFACTURING CORP.,
GROSS & GROSS LP, CONSOLIDATED
EDISON SOLUTIONS, INC. ............... *Owner*
D'Onofrio General Contractors
Corporation ............... *Contractor*

**Notice of Lien**

Amount $ 148,601.25

Filed

Premises known as
Mott Haven Substation - 415 Bruckner Boulevard,
Bronx, New York

Block 2599     Lot 5

LEONARD J. CATANZARO, ESQ.
*Attorney(s) for Lienor*

Post Office Address and Telephone Number
434 Broadway, Suite 900
New York, New York 10013
(212) 226-1234

AFFIDAVIT OF ~~~~~~~~~~~~~~~~~~~~

STATE OF NEW JERSEY )
                    ) SS.:
COUNTY OF MORRIS    )

The undersigned, being duly sworn, deposes and says that ~~~~~~~~~~~~~~~~~~~~

and on February 10, 2006, the undersigned served the within Notice of Lien on ~~~~~~~

Contractors Corporation, the _X_ contractor __ subcontractor __ ~~~~~~~~~~~~~~~~~~~~

at 202-28ᵗʰ St., Brooklyn, New York 11232 by depositing ~~~~~~~~~~~~~~~~~~~~

certified mail postpaid, properly addressed wrapper, in an official ~~~~~~~~~~~~~~~~~~~~

Postal Service.

Sworn to before me this 21st
day of February 2006

Notary Public

JEANINE COLLIGAN
of New Jersey
My Commission Expires March 8, 2009

80 4093
A∅        BL - 2599
          Lot - 5

1005072

**AFFIDAVIT OF SERVICE OF NOTICE OF ~~████████████████~~**

STATE OF NEW JERSEY     )
                        )  SS.:
COUNTY OF MORRIS        )

     The undersigned, being duly sworn, deposes and says ~~████████████~~ is ~~██████████~~ age and

on February 3, 2006 served the within Notice of ~~████████████████████████~~ Corp. the owner ~~██████~~ at #15 ~~██████████████████████████████~~ New York, New York 10011, ~~████████~~

—     by delivering a true copy to said owner personally. ~~██████████████████~~ to be the owner.

—     as the owner could not be found, by delivering a true copy to ~~███~~  ~~████~~ the owner.

—     by leaving it at the last known place of residence of the ~~█████~~ in the ~~█████████~~ which the real property or some part thereof is situated, with a ~~███████~~ discretion.

—     by depositing a true copy of same, enclosed in a ~~████████~~ postpaid, properly addressed wrapper, in an official ~~████████████████████~~ Service.

—     as the owner has no last known place of residence ~~███████████████████~~ property or some part thereof is situated, on the ~~███████████████~~ agent or attorney, by affixing a true copy thereof ~~████████████~~

—     as the owner is a corporation, by ~~████████████████████~~
     ___ president    ___ vice-president    ___ ~~████████~~
     ___ director    ___ managing agent of the corporation.

—     as the owner is a corporation, and no officer of the corporation could be ~~████████~~ state, by affixing a true copy conspicuously on such property.

*804093*
*#*
*BL-2899*
*Lot-5*

1006678

1

X    as the owner is a corporation, by depositing a true copy of the same
certified ___ registered mail, postage, prepaid, within the exclusive care and
depository of the United States Postal Service.

Sworn to before me this 21st
day of February, 2006

Notary Public

JEANNE COLLIGAN
A Notary Public of New Jersey
My Commission Expires March 9, 2008

1006676

2

.

.

# Exhibit "H"


**(CONN) INC.**

## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, _Builders Resource Inc._, (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as _Mott Haven_ located at _Bronx, NY_ ("Project"); and

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated _4 Checks_ in the amount of $ _800,000_ for Work performed on the Project during the period _04/01/06_ to _06/30/06_.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ _800,000_ (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

Address, phone #, contact name of unpaid
sub-subcontractor, materialmen or supplier          Total Amount Owing

None

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to **Coreslab Structures (Conn.) Inc.** is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify **Coreslab Structures (Conn.) Inc.**, any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades

# CORESLAB® STRUCTURES
### (CONN) INC.

Contractor as of the date hereof including any guarantees or warranties.

I, ___Steve Allard___ being the ___CFO___ of ___Builders Resource Inc.___,
being duly sworn, acknowledge the foregoing on this __30th__ day of ___June___, __2006__
and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.)
Inc. to rely on the statements and certifications contained herein. This waiver and release shall be
binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades
Contractor.

By:

_____

(Signature of Subcontractor, Supplier, or
Materialman)

STATE OF CONNECTICUT)
                     ) ss:
COUNTY OF __Litchfield__ )

Subscribed and sworn to before me this __30th__ day of ___June___, __2006__ under the
penalty of false statement.

_Angela C. Kackowski_

Notary Public
My commission expires __8/31/08__

ANGELA C. KACKOWSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2008

- 2 -


(CONN) INC.

## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, *Builders Resource Inc*, (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as *North Haven* located at *Bronx, NY* ("Project"); and *Substation*

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated *5/15/06* in the amount of $ *582,825* for Work performed on the Project during the period *05/01/06* to *05/31/06*.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ *582,825* (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

Address, phone #, contact name of unpaid
sub-subcontractor, materialmen or supplier          Total Amount Owing

*None*

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to Coreslab Structures (Conn.) Inc. is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify Coreslab Structures (Conn.) Inc., any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades



(CONN) INC.

Contractor as of the date hereof including any guarantees or warranties.

I _Steve Allard_ being the _CFO_ of _Builders Resource Inc._ being duly sworn, acknowledge the foregoing on this _30th_ day of _June_ , _2006_ and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.) Inc. to rely on the statements and certifications contained herein. This waiver and release shall be binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades Contractor.

By: _____

_____
(Signature of Subcontractor, Supplier, or Materialman)

STATE OF CONNECTICUT)
                      ) ss:
COUNTY OF _Litchfield_ )

        Subscribed and sworn to before me this _30th_ day of _June_ , _2006_ under the penalty of false statement.

_Angela C. Kackowski_

Notary Public
My commission expires _8/31/08_

**ANGELA C. KACKOWSKI**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2008



**(CONN) INC.**

## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, _Builders Resource Inc_, (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as _Mott Haven_ located at _Bronx, NY_ ("Project"); and _Substation_

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated _6/15/06_ in the amount of $ _856,456_ for Work performed on the Project during the period _06 01 06_ to _06 30 06_.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ _1,439,281_ (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

    Address, phone #, contact name of unpaid
    <u>sub-subcontractor, materialmen or supplier</u>          <u>Total Amount Owing</u>

    None

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to Coreslab Structures (Conn.) Inc. is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify Coreslab Structures (Conn.) Inc., any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades

1023 Waterbury Road • Thomaston, CT 06787-2026 • (860) 283-8281 • FAX (860) 283-0165

ATLANTA • AUSTIN • BURLINGTON, ONTARIO • LOS ANGELES • MIAMI • OKLAHOMA CITY • ORLANDO • PHOENIX • STONEY CREEK, ONTARIO • TAMPA • THOMASTON, CT



Contractor as of the date hereof including any guarantees or warranties.

I, _Steve Allard_ being the _CFO_ of _Builders Resource Inc._ being duly sworn, acknowledge the foregoing on this _30th_ day of _June_ _2006_ and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.) Inc. to rely on the statements and certifications contained herein. This waiver and release shall be binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades Contractor.

By: 

(Signature of Subcontractor, Supplier, or Materialman)

STATE OF CONNECTICUT )
                                              ) ss:
COUNTY OF _Litchfield_ )

Subscribed and sworn to before me this _30th_ day of _June_ _2006_ under the penalty of false statement.

Notary Public
My commission expires _8/31/08_

**ANGELA C. KACKOWSKI**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2008



**STRUCTURES**
(CONN) INC.

## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

**TO ALL WHOM IT MAY CONCERN:**

WHEREAS, _Builders Resource Inc._, (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as _Mott Haven_ located at _Bronx, NY_ ("Project"); and _Substation_

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated _7/14/06_ in the amount of $ _307,714_ for Work performed on the Project during the period _____ to _7/8/06_.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ _1,746,995_ (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

Address, phone #, contact name of unpaid
<u>sub-subcontractor, materialmen or supplier</u>                <u>Total Amount Owing</u>

None                                                                None

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to Coreslab Structures (Conn.) Inc. is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify Coreslab Structures (Conn.) Inc., any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades

1023 Waterbury Road • Thomaston, CT 06787-2028 • (860) 283-8281 • FAX (860) 283-0165

ATLANTA • AUSTIN • BURLINGTON, ONTARIO • LOS ANGELES • MIAMI • OKLAHOMA CITY • ORLANDO • PHOENIX • STONEY CREEK, ONTARIO • TAMPA • THOMASTON, CT



(CONN) INC.

Contractor as of the date hereof including any guarantees or warranties.

I, _Steve Allard_ being the _CFO_ of _Builders Resource, Inc_
being duly sworn, acknowledge the foregoing on this _14th_ day of _July_, _2006_
and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.)
Inc. to rely on the statements and certifications contained herein. This waiver and release shall be
binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades
Contractor.

By: _Steven M Allard_

(Signature of Subcontractor, Supplier, or
Materialman)

STATE OF CONNECTICUT )
) ss:
COUNTY OF _Litchfield_ )

Subscribed and sworn to before me this _14th_ day of _July_, _2006_ under the
penalty of false statement.

_Angela C. Kackowski_

Notary Public
My commission expires _8/30_

**ANGELA C. KACKOWSKI**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2006

# 0111 - "3



(CONN) INC.

## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, **Builders Resource Inc.**, (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as **Mott Haven** located at **Bronx, NY** ("Project"); and **Con-Ed Substation**

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated **7/31/06** in the amount of $ **583.588** for Work performed on the Project during the period **7/1/06** to **7/30/06**.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ **2,022,869** (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

| Address, phone #, contact name of unpaid sub-subcontractor, materialmen or supplier | Total Amount Owing |
|---|---|
| None | |

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to Coreslab Structures (Conn.) Inc. is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify Coreslab Structures (Conn.) Inc., any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades

1023 Waterbury Road • Thomaston, CT 06787-2028 • (860) 283-8281 • FAX (860) 283-0165

ATLANTA • AUSTIN • BURLINGTON, ONTARIO • LOS ANGELES • MIAMI • OKLAHOMA CITY • ORLANDO • PHOENIX • STONEY CREEK, ONTARIO • TAMPA • THOMASTON, CT

# CORESLAB® STRUCTURES
(CONN) INC.

Contractor as of the date hereof including any guarantees or warranties.

I, _Steve Allard_ being the _CFO_ of _Builders Resource Inc_, being duly sworn, acknowledge the foregoing on this _13th_ day of _July_, _2006_ and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.) Inc. to rely on the statements and certifications contained herein. This waiver and release shall be binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades Contractor.

By: _____

_____
(Signature of Subcontractor, Supplier, or Materialman)

STATE OF CONNECTICUT)
                                            ss:
COUNTY OF _Litchfield_)

Subscribed and sworn to before me this _13th_ day of _July_, _2006_ under the penalty of false statement.

_Angela C. Kackowski_

**ANGELA C. KACKOWSKI**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES AUG. 31, 2008

Notary Public
My commission expires _8 | 31 | 08_



**(CONN) INC.**

## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

**TO ALL WHOM IT MAY CONCERN:**

WHEREAS, _Builders Resource Inc._ (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as _Mott Haven_ located at _Bronx, NY_____ ("Project"); and _Substation_

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated _7/31/06_ in the amount of $ _210,905_ for Work performed on the Project during the period _July 1 '06_ to _July 31 '06_.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ _2,540,788.00_ (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

  Address, phone #, contact name of unpaid
  <u>sub-subcontractor, materialmen or supplier</u>                    <u>Total Amount Owing</u>

  _None_ _____

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to Coreslab Structures (Conn.) Inc. is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify Coreslab Structures (Conn.) Inc., any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades



Contractor as of the date hereof including any guarantees or warranties.

I, _Steve Allard_ being the __CFO__ of _Builders Resource Inc._ being duly sworn, acknowledge the foregoing on this _4th_ day of _August_ _2006_ and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.) Inc. to rely on the statements and certifications contained herein. This waiver and release shall be binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades Contractor.

By: _Steven M Allard_

(Signature of Subcontractor, Supplier, or Materialman)

STATE OF CONNECTICUT)
                     ) ss:
COUNTY OF _Litchfield_)

Subscribed and sworn to before me this _4th_ day of _August_ _2006_ under the penalty of false statement.

_Angela C. Kackowski_

Notary Public
My commission expires _8/31/08_

ANGELA C. KACKOWSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2008



## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, _Builder Resource Inc._ (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as _Mill Haven Yard_ located at _57 Bruckner Blvd, Bronx NY_ ("Project"); and

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated _7/15/06_ in the amount of $ _210,205.—_ for Work performed on the Project during the period _7/15/06_ to _7/31/06_.

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ _2,330,583.—_ (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

|   Address, phone #, contact name of unpaid sub-subcontractor, materialmen or supplier   |   Total Amount Owing   |
|---|---|

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to Coreslab Structures (Conn.) Inc. is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify Coreslab Structures (Conn.) Inc., any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades

1083 Waterbury Road • Thomaston, CT 06787-2028 • (860) 283-8281 • FAX (860) 283-0165

ATLANTA • AUSTIN • BURLINGTON, ONTARIO • LOS ANGELES • MIAMI • OKLAHOMA CITY • ORLANDO • PHOENIX • STONEY CREEK, ONTARIO • TAMPA • THOMASTON, CT



Contractor as of the date hereof including any guarantees or warranties.

I, *Steven M. Allard* being the *CFO* of *Builders Resource Inc.* being duly sworn, acknowledge the foregoing on this *16th* day of *August* *2006* and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.) Inc. to rely on the statements and certifications contained herein. This waiver and release shall be binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades Contractor.

By: _____

_____
(Signature of Subcontractor, Supplier, or Materialman)

STATE OF ~~CONNECTICUT~~ *Massachusetts*

COUNTY OF *Worcester* ss:

Subscribed and sworn to before me this *16th* day of *August* *2006* under the penalty of false statement.

_____
Notary Public
My commission expires *1/26/2012*

# CORESLAB.
## STRUCTURES
### (CONN) INC.

*Inv. 0111-6*
*Aug.*

## PARTIAL WAIVER/RELEASE OF LIEN FORM (CONNECTICUT)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, *Builders Resource Inc*, (the "Trades Contractor"), has entered a Subcontract or other Agreement with CORESLAB STRUCTURES (CONN.) INC. to perform Work consisting of the furnishing of labor, materials, services, equipment and/or machinery for the project known as *Mott Haven* located at *Bronx, NY* ("Project"); and *Substation*

WHEREAS, the Trades Contractor has submitted to Coreslab Structures (Conn.) Inc. a progress payment requisition dated *8-29-06* in the amount of $ *954,583.00* for Work performed on the Project during the period *8-1-06* to *8-31-06*

NOW, THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Trades Contractor hereby waives, releases and forever relinquishes any and all claims, demands, liens, and/or right(s) of action, whether legal or equitable, against the above Project and any bond related to the Project, the Owner and Coreslab Structures (Conn.) Inc. for and on account of and all labor, materials, services, equipment, and/or machinery furnished by or through the Trades Contractor for the Project, it being understood, however, that this waiver and release will be effective (1) upon Trades Contractor's receipt of the payment for which this Release is given and (2) in the amount of $ *3,492,371* (total contract payment made through the date hereof including the enclosed requisition).

In consideration of the payment sought hereby, the Trades Contractor represents and warrants that all labor, material, services, equipment and/or machinery used or provided by or through the Trades Contractor or its sub-subcontractors, suppliers and/or materialmen through the date hereof have been paid for in full, including taxes of every description, except for the following in the specific amounts set forth:

| Address, phone #, contact name of unpaid sub-subcontractor, materialmen or supplier | Total Amount Owing |
|---|---|
| *None* | |

Sub-subcontractor and/or material supplier Waiver/Release of Lien forms from/for each and every sub-subcontractor and/or material supplier which has not been previously submitted to Coreslab Structures (Conn.) Inc. is attached hereto. The Trades Contractor certifies the validity of the signature on each Waiver/Release of Lien.

Further, the Trades Contractor shall hold harmless, protect and indemnify Coreslab Structures (Conn.) Inc., any Surety, the Owner, and the Project against any claims, demands, liens, and/or rights of action, whether legal or equitable which have accrued or may accrue concerning the labor performed or materials, services, equipment and/or machinery supplied by or through the Trades

# CORESLAB STRUCTURES
### (CONN) INC.

Contractor as of the date hereof including any guarantees or warranties.

I _Steve Allard_ being the _the CFO_ of _Builders Resource Inc._
being duly sworn, acknowledge the foregoing on this 30th day of _August_, 2006
and certify that this is a true and accurate statement intending to induce Coreslab Structures (Conn.)
Inc. to rely on the statements and certifications contained herein. This waiver and release shall be
binding upon the successor, assigns, heirs, administrators and executors and trustees of the Trades
Contractor.

By:

_Steve Allard_

(Signature of Subcontractor, Supplier, or
Materialman)

STATE OF ~~CONNECTICUT~~ Massachusetts )
                                         ) ss:
COUNTY OF Worcester )

Subscribed and sworn to before me this 30th day of _August_, 2006 under the
penalty of false statement.

DONNA GEORGE
MY COMMISSION EXPIRES
JAN. 25, 2012
NOTARY PUBLIC
COMMONWEALTH
MASSACHUSETTS

Notary Public
My Commission expires 1/25/2012