UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

ALF RENTAL COMPANY, INC.,

        Plaintiff,

    vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

        Defendants.
--------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

        Defendant/Third-Party Plaintiff,

    vs.

STEVE ALLARD,

        Third-Party Defendant.
--------------------------------------------------------X

Docket No.:  07 CV 3148 (LAK)

NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

To:    Richard L. Herzfeld, Esq.
       Bahn, Herzfeld & Multer, LLP
       555 Fifth Avenue
       New York, N.Y. 10017
       Attorneys for Plaintiff

    PLEASE TAKE NOTICE that, upon the annexed Affirmation of Scott M. Yaffe,
Esq., and the annexed Affidavit of  Edward J. Frisch, Esq., and the exhibits annexed
thereto, defendant Coreslab Structure (Conn), Inc.,  by its attorneys Lindabury,
McCormick, Estabrook & Cooper, P.C., will move this Court before the Honorable
Lewis A. Kaplan, U.S.M.J., 500 Pearl Street, New York City, New York,  on a date to be
determined by the Court for an Order, pursuant to Rule 1.3 of the Local Rules of the

United States District Court for the Southern District of New York, to admit Edward J. Frisch, Esq., as an attorney *pro hac vice*.

Dated:  November 2, 2007

Respectfully submitted,

_Scott M. Yaffe_

Scott M. Yaffe (SY 4944)
Attorneys for Defendant
Lindabury, McCormick, Estabrook & Cooper, P.C.
26 Broadway, Suite 2300
New York, New York 10004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALF RENTAL COMPANY, INC.,

        Plaintiff,

  Docket No.:  07 CV 3148 (LAK)

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

        Defendants.
-----------------------------------------------------------X

AFFIRMATION IN SUPPORT OF
THE ADMISSION OF
EDWARD J. FRISCH, ESQ.
*PRO HAC VICE*

CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

        Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

        Third-Party Defendant.
-----------------------------------------------------------X

      SCOTT M. YAFFE, an attorney duly admitted to practice law in the State of New

York, affirms the following under the penalties of perjury as follows:

      1.    I am an attorney admitted in this court and am of counsel to the firm of

Lindabury, McCormick, Estabrook & Cooper, P.C., attorneys for defendant Coreslab

Structures (Conn), Inc., in the above captioned matter.

      2.    I submit this affirmation in support of Coreslab Structures (Conn), Inc.'s,

renewed motion pursuant to Rule 1.3 of the Local Rules of the United States District

Court for the Southern District of New York to admit Edward J. Frisch, Esq., *pro hac vice* in the above captioned matter.

3.    This motion was originally made and docketed on August 31, 2007 as Docket Number 41.  By order of this Court docketed September 27, 2007, Docket Number 45, the motion was denied "without prejudice to renewal on or before 10/15/07, by proper electronic filing … and prompt delivery of courtesy copies to chambers."  In compliance with the order, a renewal of the motion was filed electronically on October 3, 2007, Docket Number 54, and courtesy copies were promptly delivered to chambers.  We have since been informed that the renewal should not have been filed electronically and the motion is not pending.  The motion is here made again, with updated certificates of good standing, as the prior ones have expired.

4.    Admission to practice *pro hac vice* is properly granted where the Court is satisfied that the attorney seeking admission has sufficient training and expertise to represent his client's interests and is admitted and practicing law in good standing in another state.   18 Int'l Ltd. v. Interstate Express, Inc., 116 Misc. 2d 66, 67-68, 455 N.Y.S.2d 224, 226 (Sup. Ct. N.Y.Co. 1982).

5.    Edward J. Frisch, Esq., is a partner in the Westfield, New Jersey, office of Lindabury, McCormick, Estabrook & Cooper P.C.  Mr. Frisch is a member in good standing of the Bar of the State of New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

6.    Coreslab Structures (Conn), Inc., has requested that Mr. Frisch represent it in this matter.  Mr. Frisch has expertise and experience in construction litigation and has

been involved in this action since its inception and is fully familiar with the facts herein. He is familiar with the Rules of this Court.

7.       There are no pending disciplinary proceedings against Mr. Frisch in any State or Federal Court.

8.       I am also submitting the Affidavit of Edward J. Frisch, Esq., in connection with this application.  Mr. Frisch is familiar with and shall comply with all applicable standards of professional conduct.  In his affidavit, Mr. Frisch agrees to be subject to the jurisdiction of the courts of this state with respect to any acts occurring during the course of his representation in this matter.

9.       Based on the foregoing, it is respectfully requested that Edward J. Frisch, Esq., be admitted to the bar of this Court *pro hac vice* in the above captioned matter.


Dated:  November 2, 2007
        New York, New York


_____
Scott M. Yaffe (SY 4344)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALF RENTAL COMPANY, INC.,

        Plaintiff,

Docket No.:  07 CV 3148 (LAK)

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT
*PRO HAC VICE*

        Defendants.
-----------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

        Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

        Third-Party Defendant.
-----------------------------------------------------------X

STATE OF NEW JERSEY   )
                  ) ss.:
COUNTY OF UNION     )

      Edward J. Frisch, of full age, and having been duly sworn, upon this oath deposes

and says:

      1.     I am a partner in the Westfield, New Jersey, office of the law firm of

Lindabury, McCormick, Estabrook & Cooper, located at 53 Cardinal Drive, PO Box

2369, Westfield, NJ 07091-2369, (908) 233-6800.

2.      I submit this Affidavit in support of Coreslab Structures (Conn), Inc.'s motion pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York for my admission to the bar of this Court *pro hac vice* in the above captioned matter.

3.      I am a member in good standing with the Bar of the State of New Jersey and have been admitted to practice in the Supreme Court of New Jersey, the United State Court of Appeals for the 2nd and 3rd Circuit, the U.S. District Court of New Jersey and the United States Supreme Court.  I am attaching copies of the various Certificates of Good Standing as Exhibit A.

4.      I have never been disciplined or, to my knowledge, investigated on any claim before the bar of any court or by any disciplinary board, and I have never been the subject of any sanction by any State or Federal Court.

5.      Coreslab Structures (Conn), Inc. has requested that I personally represent it in the present matter.

6.      There is further good cause for my admission in that I have an undergraduate degree in mechanical engineering and thirty year's experience in construction litigation and, therefore, litigating matters of this nature and I have been involved in this case since its inception.

7.      It is specifically admitted to the bar of this Court that I will be admitted solely for the purpose of participating in this particular action.

8.      I am familiar with and will abide by all applicable standards of professional conduct.

9.    I also acknowledge that I will be subject to the jurisdiction of the Courts of New York with respect to any acts occurring during the course of my representation of Coreslab Structures (Conn), Inc. in this matter.

10.    Based upon the foregoing, it is respectfully requested that I be permitted to appear *pro hac vice* in this case.

EDWARD J. FRISCH, Esq., (EF 8377)

Sworn to before me on this 2nd day of November, 2007.

Notary Public, State of New Jersey

LYNN NESENJUK
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES DECEMBER 1, 2010

2157916v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALF RENTAL COMPANY, INC.,

       Plaintiff,

           Docket No.:  07 CV 3148 (LAK)

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO      ORDER FOR *PRO HAC VICE*
GENERAL CONTRACTORS CORP.,             ADMISSION
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

       Defendants.
-------------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

       Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

       Third-Party Defendant.
-------------------------------------------------------------X

     AND NOW, on this _____ day of _____, 2007, the Court having considered the

motion to admit Edward J. Frisch, Esq*., pro hac vice*;

     It is hereby ORDERED that the motion to admit Edward J. Frisch, Esq. *pro hac vice* in

the above captioned matter is granted.  The admitted attorney, Edward J. Frisch, Esq., is

permitted to argue or try this particular case in whole or in part as counsel.  The admitted

attorney, upon compliance with the directive in this Order, may enter appearances for parties,

sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as

counsel in this case.

2141622v1

The above-named attorney shall, within 10 business days of the date of this Order, pay the required attorney admission fee made payable to the "Clerk of the U.S. District Court," located at 500 Pearl Street, New York City, New York.

The Clerk is directed to enter the above attorney's appearance as counsel in the above captioned case.  The above-named attorney shall serve a copy of this Order on counsel for all parties and file a certificate of such service within 10 business days of the date hereof.

_____
Hon. Lewis A. Kaplan, United States Magistrate Judge

2141622v1

*Supreme Court of the United States*
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543



# EDWARD JOHN FRISCH
# OF WESTFIELD, NJ

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the seventh day of March, in the year one thousand nine hundred and eighty-three, and is now a member of the Bar of this Court in good standing.



In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-ninth day of October 2007.

*William K. Suter*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer

# UNITED STATES COURT OF APPEALS FOR THE
## THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of

Appeals for the Third Circuit, DO HEREBY CERTIFY THAT

**Edward J. Frisch** was admitted to practice before this Court as an

attorney and counselor on **February 14, 1977** that he or she has

never been suspended nor disbarred, and is presently a member of

the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or

complaints pending before the Disciplinary Committee of this Court

against said attorney and counselor.

IN TESTIMONY WHEREOF, I have hereunto
subscribed my name and affixed the seal
of the said Court, at Philadelphia,
this 22th day of October 2007.

MARCIA M. WALDRON, Clerk
United States Court of Appeals
For the Third Circuit

By:

Patricia S. Dodszuweit,
Chief Deputy Clerk

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, CATHERINE O'HAGAN WOLFE, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that **EDWARD J. FRISCH** was admitted to practice in said Court on April 24, 2007 and is in good standing.

Dated:  October 22, 2007
New York, New York

CATHERINE O'HAGAN WOLFE
Clerk of Court

By: _Anna Orzeszek_

Anna Orzeszek
Deputy Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **EDWARD J FRISCH**
(No. **022401976** ) was constituted and appointed an Attorney at Law of New
Jersey on **December 09, 1976** and, as such,
has been admitted to practice before the Supreme Court and all other courts of this State
as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in
Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing"
if the Court's records reflect that the attorney: 1) is current with all assessments
imposed as a part of the filing of the annual Attorney Registration Statement, including,
but not limited to, all obligations to the New Jersey Lawyers' Fund for Client
Protection; 2) is not suspended or disbarred from the practice of law; 3) has not
resigned from the Bar of this State; and 4) has not been transferred to Disability
Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's
satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to
practice law in this State.



In testimony whereof, I have
hereunto set my hand and
affixed the Seal of the
Supreme Court, at Trenton, this
**22ND** day of **October** , 20 **07**

Clerk of the Supreme Court

-453a-

# Certificate of Good Standing



## United States of America

## District of New Jersey

I,  WILLIAM T. WALSH,  *Clerk of the United States District Court for the District of New Jersey, do hereby certify that:*

### *Edward J. Frisch*

*was duly admitted to practice in said Court as of December 9, 1976, and is in good standing as a member of the Bar of said Court.*

Dated at Newark, New Jersey
on: October 23, 2007

WILLIAM T. WALSH, CLERK

By _____

Carey F. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.*
*Contact Board of Bar Examiners, New Jersey State Supreme Court.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALF RENTAL COMPANY, INC.,

        Docket No.:  07 CV 3148 (LAK)

        Plaintiff,

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO     CERTIFICATION OF SERVICE
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

        Defendants.
-----------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

        Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

        Third-Party Defendant.
-----------------------------------------------------------X

## CERTIFICATION OF SERVICE

    I am employed by Lindabury, McCormick, Estabrook & Cooper,
P.C., and reside in Metuchen, New Jersey. On this date, I sent
via regular mail, copies of the Defendant/Third-Party Plaintiff,
Coreslab Structure's Motion to Admit *Pro Hac Vice* via regular
mail to the following attorneys of record:

Richard L. Herzfeld, Esq.
Bahn, Herzfeld & Multer, LLP
555 Fifth Avenue
New York, N.Y.  10017
Attorney for Plaintiff

2158961v1

Stephen H. Marcus
Lambert & Weiss
61 Broadway, Suite 2020
New York, New York 10006
Attorneys for Defendant and Third-Party Plaintiff Buidlers
Resource, Inc. and Third-Party Defendant Steven Allard

Gary Joseph Mueller, Esq.
Treacy Schaffel Moore & Mueller
111 Broadway
New York, New York   10006
Attorneys for Defendant D'Onofrio General Contractor

Scott A. Levinson, Esq.
4 Irving Place
New York, New York   10003
Attorney for Defendant, Consolidated Edison Company


I hereby certify that the foregoing statements made by me are true I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Lynn Nesenjuk

Dated: November 2, 2007

2158961v1

Scott S. McKessy (SM 5479)
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone (212) 521-5421
Facsimile (212) 521-5450
smckessy@reedsmith.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

BEVERLY ALKOW *et al*:                          :

                            Plaintiff,          :          07 Civ. 2285 (GBD)

            - against -                          :          **MOTION TO**
                                                :          **ADMIT COUNSEL**
LOUIS J. PEARLMAN *et al*.:                      :          ___*PRO HAC VICE*___

                            Defendants.          :
---------------------------------------------------------------------X

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, Scott S. McKessy, a member in good

standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice*

of:

|  |  |
|---|---|
| Applicant's Name: | Mary J. Hackett |
| Firm Name: | Reed Smith LLP |
| Address: | 435 Sixth Avenue |
| City/State/Zip: | Pittsburgh, Pennsylvania 15219 |
| Phone Number: | (412) 288-3250 |
| Fax Number: | (412) 288-3063 |
| Email Address: | mhackett@reedsmith.com |

Mary J. Hackett is a member in good standing of the Bar of the State of Pennsylvania. A copy of

her Certificate of Good Standing from the State of Pennsylvania is annexed hereto. There are no

pending disciplinary proceedings against Mary J. Hackett in any State or Federal court.

Dated:   November 12, 2007

REED SMITH LLP

By: _____

Scott S. McKessy (SM 5479)
599 Lexington Avenue
New York, New York  10022
Tel. (212) 521-5421
Fax (212) 521-5450
smckessy@reedsmith.com

*Attorneys for Defendant*
*Bank of America, N.A.*

**To:**
Edward Davis Fagan
Regus Worldwide Office Centers
Five Penn Plaza, 23rd Floor
New York, NY 10001
(646) 378-2225
Fax: (646) 417-5558
Email: faganlawintl@aim.com

James F. Lowy
PO Box 10614
Tampa, FL 33679
(813) 760-2901
Fax: (813) 282-0384

Robert J. Hantman
Hantman & Associates
1414 Avenue of the Americas
Suite 406
New York, NY 10019
(212) 684-3933
Fax: (212) 755-1989
Email: hantmanrj@aol.com

***Counsel for all Plaintiffs***

Gregory T. Stewart
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
(850) 224-4070
Fax: (850) 224-4073
Email: gstewart@ngnlaw.com

Harry F. Chiles
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
(850) 224-4070
Fax: (850) 224-4073
Email: hchiles@ngnlaw.com

Michael G. Zarocostas
O'Hare Parnagian LLP
82 Wall Street
Suite 300
New York, NY 10005
(212) 425-1401
Fax: (212) 425-1421
Email: mzarocostas@oharepamagian.com

Robert A. O'Hare, Jr.
O'Hare Parnagian LLP
82 Wall Street, Suite 300
New York, NY 10005
(212) 425-1401
Fax: (212) 425-1421
Email: rohare@oharepamagian.com

***Counsel for Charles J. Crist, Bill McCollum, Don Saxon, Danielle Brooks, State of Florida,
Office of Financial Regulation and the Office of the Attorney General***

Margaret D. Mathews
Akerman Senterfitt
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 209-5031
Fax: (813) 218-5426
Email: margaret.mathews@akerman.com

Bridget Remington
Akerman Senterfitt
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 209-5032
Fax: (813) 223-2837
Email: bridget.remington@akerman.com

Francis M. Curran
Akerman Senterfitt
401 East Jackson Street, Suite 1700
Tampa, FL 33602
(813) 223-7333
Fax: (813) 223-2837
Email: francis.curran@akerman.com

Martin Domb
Akerman Senterfitt, LLP
335 Madison Avenue, Suite 2600
New York, NY 10017
(212) 880-3811
Fax: (212) 880-8965
Email: martin.domb@akerman.com

***Counsel for Fifth Third Bank***

Patrick L. Robson
Hunton & Williams, LLP(NYC)
200 Park Ave. 43rd Floor
New York, NY 10166
(212) 309-1000x704378-4811
Fax: (212) 309-1100
Email: probson@hunton.com

Shawn Patrick Regan
Hunton & Williams, LLP(NYC)
200 Park Ave., 43rd Floor
New York, NY 10166
(212) 309-1046
Fax: (212) 309-1100
Email: sregan@hunton.com

***Counsel for Wachovia Bank***

Sheila E. Carson
J.P. Morgan Chase Legal Department
1 Chase Manhattan Plaza, 26th Floor
New York, NY 10081
(212) 552 0950
Fax: (212) 552-3126
Email: susan.mcnamara@chase.com

***Counsel for J.P. Morgan Chase Bank***

David Loren Barrack
Fulbright & Jaworski L.L.P.
666 Fifth Avenue - 30th Floor
New York, NY 10103
(212) 318-3302
Fax: (212) 318-3400
Email: dbarrack@fulbright.com

Marc Solomon
Burr & Forman LLP
420 North 20th Street
Birmingham, AL 35203
(205) 458-5351
Fax: (205) 244-5703
Email: msolomon@burr.com

Robert B. Rubin
Burr & Forman LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
(205) 458-5351
Fax: (205) 244-5703
Email: brubin@burr.com

***Counsel for Tatonka Capital Corporation***

Marshall Beil
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(212) 548-7004
Fax: (212) 715-2319
Email: mbeil@mcguirewoods.com

Allison D. Charney
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(212) 548-2166
Fax: (212) 715-6279
Email: acharney@mcguirewoods.com

***Counsel for Integra Bank***

William P. Wassweiler
Lindqist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3289
Fax: (612) 371-3207

***Counsel for American Bank of St. Paul***