MEMO ENDORSED

SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ALF RENTAL COMPANY, INC.,

        Plaintiff,

vs.

BUILDERS RESOURCE, INC., D'ONOFRIO
GENERAL CONTRACTORS CORP.,
CONSOLIDATED EDISON OF NEW YORK,
INC., TERRA DINAMICA, LLC, CORESLAB
STRUCTURES, and NICOLSON
CONSTRUCTION CO.,

        Defendants.
---------------------------------------------------------------X
CORESLAB STRUCTURES (CONN), INC.
(MISNAMED AS CORESLAB STRUCTURES),

        Defendant/Third-Party Plaintiff,

vs.

STEVE ALLARD,

        Third-Party Defendant.
---------------------------------------------------------------X

Docket No.: 07 CV 3148 (LAK)

NOTICE OF MOTION TO ADMIT
COUNSEL *PRO HAC VICE*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ   11/20/07

To:    Richard L. Herzfeld, Esq.
        Bahn, Herzfeld & Multer, LLP
        555 Fifth Avenue
        New York, N.Y. 10017
        Attorneys for Plaintiff

        PLEASE TAKE NOTICE that, upon the annexed Affirmation of Scott M. Yaffe, Esq., and the annexed Affidavit of Edward J. Frisch, Esq., and the exhibits annexed thereto, defendant Coreslab Structure (Conn), Inc., by its attorneys Lindabury, McCormick, Estabrook & Cooper, P.C., will move this Court before the Honorable Lewis A. Kaplan, U.S.M.J., 500 Pearl Street, New York City, New York, on a date to be determined by the Court for an Order, pursuant to Rule 1.3 of the Local Rules of the

2157916v1

United States District Court for the Southern District of New York, to admit Edward J. Frisch, Esq., as an attorney *pro hac vice*.

Dated: November 2, 2007

                                          Respectfully submitted,

                                          */s/ Scott M. Yaffe*

                                          Scott M. Yaffe (SY 4944)
                                          Attorneys for Defendant
                                          Lindabury, McCormick, Estabrook & Cooper, P.C.
                                          26 Broadway, Suite 2300
                                          New York, New York 10004