## AFFIRMATION OF SERVICE

GARY J. MUELLER, an attorney-at-law of the State of New York, hereby affirms the following as true under the penalties of perjury as follows:

That he is over the age of 18 years. That on November 20, 2007 he served the within Amended Answer of D'Onofrio General Contractors, Inc. to Cross-Claims of Coreslab Structures upon:

>Birnbaum & Birnbaum
>2 Birchwood Court
>Mineola, New York 11501
>Attorney for Third-Party Defendant
>Bay Crane Service, Inc.

by depositing a true copy of same at a facility maintained by the United States Postal Service, that being the address designated by him for that purpose according to the best information which your deponent could conveniently obtain.

_____
GARY J. MUELLER

Dated: New York, New York
       November 20, 2007

Affirmation of service (70274.WPD;1)