UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALF RENTAL COMPANY, INC.,

          Plaintiff,

         -against-                                     07 Civ. 3148 (LAK)

BUILDERS RESOURCE, INC., et al.,

          Defendants.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The following schedule shall govern further proceedings in this case.

      1.     Any amendments to the pleadings and the addition of any parties shall be made or sought no later than March 25, 2008.

      2.     Initial expert disclosures shall be made no later than May 25, 2008.

      3.     Rebuttal expert disclosures shall be made no later than June 25, 2008.

      4.     All discovery shall be concluded no later than July 25, 2008.

      5.     The joint pretrial order, any motions for summary judgment, and any requests to charge shall be filed no later than August 15, 2008.

      The parties should assume that no extensions will be granted absent exceptional circumstances.

      SO ORDERED.

Dated:     February 25, 2008

                                                                Lewis A. Kaplan
                                                             United States District Judge