FILED ELECTRONICALLY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ALF RENTAL COMPANY, INC.,                     :

        Plaintiff,                                  :   Docket No.
                                                        07 CV 3148 (LAK)

BUILDERS RESOURCE, INC., D'ONOFRIO GENERAL:   CONSENT ORDER
CONTRACTORS CORP., CONSOLIDATED EDISON        TO CHANGE ATTORNEYS
OF NEW YORK, INC., TERRA DINAMICA, LLC,   :
CORESLAB STRUCTURES, and NICHOLSON
CONSTRUCTION CO.,                         :

        Defendants.                                 :
------------------------------------------------------------X
BUILDERS RESOURCE, INC.,                      :

        Third-Party Plaintiff,                      :

    -against-                                    :

BAY CRANE SERVICE, INC.,                      :

        Third-Party Defendant.                      :
------------------------------------------------------------X

IT IS HEREBY CONSENTED that Lindabury, McCormick, Estabrook & Cooper, P.C., 26 Broadway, New York, New York 10004, (212) 742-3390, be substituted as attorneys of record for the undersigned party in the above-entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: February 11, 2008

                                    D'ONOFRIO GENERAL CONTRACTORS CORP.

                                    By: _____
                                         Jerry D'Onofrio
                                         President

RECEIVED JUN 20 2008 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

TREACY, SCHAFFEL, MOORE & MUELLER

By: _____
      Gary J. Mueller (GM 1858)

LINDABURY, MC CORMICK, ESTABROOK &
COOPER, P.C.

By: _____
      Edward J. Frisch (EF 8377)

SO ORDERED 6/23/08

_____
USDC

Part I