**LAMBERT & WEISS**
COUNSELORS AT LAW

**MEMO ENDORSED**

ARTHUR N. LAMBERT*
MONROE WEISS*****
MARC LEPELSTAT**
RICHARD A. LAMBERT*
DENNIS O'NEIL COWLING*
M. DIANE DUSZAK†
ERIC M. EUSANIO*
LAWRENCE B. LAMBERT**
DANIEL W. WHITE*

OF COUNSEL
STEPHEN H. MARCUS***
ALAN C. KELHOFFER****

CHRISTIE M. BIRD*
MATTHEW C. STABILE††
*MEMBER N.Y. BAR
**MEMBER N.Y. AND N.J. BARS
†MEMBER N.Y., N.J. AND CT. BARS
***MEMBER N.Y. AND FL. BARS
****MEMBER N.Y., N.J. AND CA. BARS
*****MEMBER N.Y., N.J. AND FL. BARS

61 BROADWAY
NEW YORK, NEW YORK 10006
TEL.: (212) 344-3100
(800) 536-6805
FAX: (212) 422-4047
E-MAIL: GENERAL@LAMBERTWEISS.COM

NEW JERSEY OFFICE
509 STILLWELLS CORNER ROAD
FREEHOLD, NEW JERSEY 07728
(732) 431-0744

FLORIDA OFFICE
3471 NORTH FEDERAL HIGHWAY
SUITE 410
FT. LAUDERDALE, FL 33306

August 13, 2008

**BY HAND**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

Re:   ALF Rental Company, Inc. v. Builders Resource, Inc., et al.
       Docket No.:   07 CV 3148 (LAK)
       Our File No.:   5790

Dear Judge Kaplan:

We are counsel for the defendants Builders Resource, Inc. and Steve Allard in the above action.

We are pleased to advise the Court that the disputes in the above-referenced suit have been settled, obviating the need for the filing of a joint pre-trial order by the parties.

We shall in due course file a stipulation of voluntary dismissal executed by counsel for the parties to this action.

We thank the Court for its assistance in this matter.

Respectfully,

LAMBERT & WEISS

STEPHEN H. MARCUS

SHM:sm

---

Case dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect, on or before, 9/14/08, if the settlement is not consummated by then.

SO ORDERED:

_____ — Part I
Lewis A. Kaplan
U.S.D.J.